ORIGINAL

STEVEN F. SCHOSSBERGER
California Bar Number 178494
HAWLEY TROXELL ENNIS & HAWLEY, LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
(208) 344-6000
(208) 342-3529 (facsimile)

Attorneys for Plaintiff

FILED

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HOYT A. FLEMING,

   Plaintiff,

  vs.

TOM COVERSTONE,

   Defendant

Case No.: '08 CV 355 WQH NLS

COMPLAINT FOR BREACH OF
CONTRACT; EXTORTION

<u>PARTIES, JURISDICTION AND VENUE</u>

1.  Plaintiff Hoyt A. Fleming ("Fleming") is an individual and a resident of the State of Idaho.

2.  Defendant Tom Coverstone is an individual and a resident of the State of California.

3.  This court has jurisdiction over this matter and over the person of defendant pursuant to 28 U.S.C. Section 1332.

4.  Venue is proper in this federal district.

## FACTUAL BACKGROUND

5. On or about January 22, 2008, Fleming and Defendant, both registered patent attorneys, entered into a written contract for Defendant to purchase from Fleming a certain family of issued United States patents for a stated consideration.

6. The contract recited that the sale would be fully consummated and the parties would complete their respective performances on or before, but no later than, February 15, 2008.

7. On or about January 23, 2008, Defendant paid Fleming a non-refundable, per the express terms of the contract, $10,000 down payment towards the purchase price for the patent family.

8. On or about January 29, 2008, Defendant engaged Fleming, a licensed patent attorney, to assist Defendant in matters relative to prosecution of the patents with the United States Patent and Trademark Office and enforcing the patents against third parties after consummation of the sales transaction.

9. On or about February 14, 2008, Defendant advised Fleming of his decision to anticipatorily breach the contract and not tender the agreed-upon purchase price. Defendant also demanded the return of his non-refundable down payment.

10. On and after February 14, 2008, on information and belief, Defendant published to third parties false statements regarding Fleming's character, truthfulness, and veracity and accused him of illegal conduct and legal malpractice.

11. On and after February 14, 2008, Defendant threatened Fleming that unless he refunded the $10,000 non-refundable down payment and otherwise released Defendant from his

COMPLAINT - 2

contractual obligations, Defendant would report Fleming to various Bar associations, clients, colleagues, and others in an effort to impugn and discredit Fleming and otherwise impute to him or accuse him of a crime.

12. On and after February 15, 2008, the date on which Defendant's performance was to have been fully completed, Defendant continued to refuse, despite demand, to tender the agreed-upon purchase price and otherwise fully perform his contractual obligations.

## COUNT ONE—BREACH OF CONTRACT

13. Fleming restates and re-avers the preceding paragraphs 1 through 12 of this Complaint in and to paragraph 13 of this Count One.

14. By refusing and continuing to refuse his contractual obligations, Defendant has breached the January 22, 2008, contract.

15. Fleming, despite efforts to mitigate his damages, has not yet been able to secure a substitute and successor buyer for the patent family and thus has been deprived of the benefit of his contract with Defendant.

16. As a direct and proximate result of Defendant's breach, Fleming has been damaged in an amount in excess of $75,000 and in an exact amount to be determined at trial.

## COUNT TWO--DEFAMATION

17. Fleming restates and re-avers the preceding paragraphs 1 through 16 of this Complaint in and to paragraph 17 of this Count Two.

COMPLAINT - 3

18. Defendant's conduct complained of above constitutes defamation per se and has subjected Fleming to obloquy and scorn and has caused Fleming to suffer embarrassment and emotional distress.

19. As a direct and proximate result of Defendant's defamation, Fleming has been damaged in an amount in excess of $75,000 and in an exact amount to be determined at trial.

20. Defendant's above described conduct was wanton, malicious and an extreme deviation for reasonable standards of conduct warranting that the Court grant a future motion to amend to include a prayer for punitive damages.

## COUNT THREE—CIVIL EXTORTION

### Cal. Penal Code Sections 518-527

21. Fleming restates and re-avers the preceding paragraphs 1 through 20 of this Complaint in and to paragraph 21 of this Count Three.

22. Defendant's conduct complained of above constitutes civil extortion.

23. As a direct and proximate result of Defendant's conduct, Fleming has been damaged in an amount in excess of $75,000 and in an exact amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Fleming prays for the following relief:

1. On Count One, for money damages proximately caused by Defendant's breach;

2. On Count Two, for money damages proximately caused by Defendant's acts of defamation;

COMPLAINT - 4

3. On Count Three, for money damages proximately caused by Defendant's acts of civil extortion;

4. On all Counts, for injunctive relief enjoining Defendant from further acts as complained of herein; and

5. For such other and further relief as the court may deem just and proper.

Dated this 22nd day of February, 2008

Respectfully submitted:

Steven F. Schossberger,
Of the Firm,
Attorneys for plaintiff Hoyt
A. Fleming

COMPLAINT - 5

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148003    — SH**

**February 25, 2008
08:47:16**

**Civ Fil Non-Pris**
USAO #.: 08CV0355
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC66762

**Total—>   $350.00**

FROM: FLEMING V. COVERSTONE

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**FILED**

FEB 2 2 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HOYT A. FLEMING

## DEFENDANTS
TOM COVERSTONE

**(b)** County of Residence of First Listed Plaintiff  ADA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
HAWLEY TROXELL 877 W. MAIN SUITE 1000 BOISE 83702
(208) 344-6000

Attorneys (If Known)

'08 CV 355 WQH NLS

ORIGINAL

TAXED

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL INJURY -** |  | ☐ 460 Deportation |
| ☐ 151 Medicare Act |  | ☐ 362 Personal Injury - Med. Malpractice | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 385 Property Damage Product Liability |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC SECTION 1332
Brief description of cause:
BREACH OF CONTRACT; CIVIL EXTORTION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE
02/22/2008

SIGNATURE OF ATTORNEY OF RECORD
_signature_  #179994

**FOR OFFICE USE ONLY**

RECEIPT # 148003  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

sw 2/25/08

