# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HOYT A. FLEMING

vs

TOM COVERSTONE

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 355 WQH NLS

FILED
08 FEB 26 AM 10:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:       CP       DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven F. Schossberger
Hawley Troxell Ennis & Hawley LLP
877 Main St. Ste. 1000
PO Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    2/26/08
CLERK                                      DATE

By C. PUTMAN, Deputy Clerk

Summons in a Civil Action                                  Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)