Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 12 PM 3:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

HOYT A. FLEMING,

vs

TOM COVERSTONE,

(1st) AMENDED Complaint
SUMMONS IN A CIVIL ACTION

Case No. '08 CV 355 WQH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven F. Schossberger
HAWLEY TROXELL ENNIS & HAWLEY, LLP
P. O. Box 1617
Boise, Idaho 83701-1617

An answer to the First Amended complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.              3/12/08
         CLERK                        DATE

By   C. PUTMAN   Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)