

Hoyt A. Fleming

-v-

Tom Coverstone

08cv355-WQH-NLS

# STRICKEN DOCUMENT
## (Per 4/21/08 Order, Doc. # 6)

# Doc. # 5 - Motion for Service by Publication