Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>Defendant. | Case No. 08 CV 355WQHNLS<br><br>**NOTICE OF MOTION AND MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION**<br><br>Hearing Date:   May 22, 2008<br>Hearing Time:  11:00 A.M.<br>Courtroom:     4<br><br>[No Oral Argument] |

PLEASE TAKE NOTICE that on May 22, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the above-entitled Court, Plaintiff Hoyt A. Fleming, by and through its counsel of record, Hawley, Troxell, Ennis & Hawley, will move this Court for an authorization to serve Defendant Tom Coverstone by publication.

This motion is supported by the Memorandum of Points and Authorities in Support of Motion, the Affidavit of Reasonable Diligence and the Affidavit of Karen Foruria filed concurrently herewith.

1  Dated: April 22, 2008

2                                    Respectfully Submitted,

3

4                                    HAWLEY TROXELL ENNIS & HAWLEY LLP

5

6
                                     By: s/Steven F. Schossberger
7                                        Attorneys for Plaintiff
                                         E-mail: sfs@hteh.com
8

- 2 -

**PLAINTIFF HOYT A. FLEMING'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION**