1  Steven F. Schossberger, California Bar No. 178494
   HAWLEY TROXELL ENNIS & HAWLEY LLP
2  877 Main Street, Suite 1000
   P.O. Box 1617
3  Boise, ID 83701-1617
   Telephone: (208) 344-6000
4  Facsimile: (208) 342-3829

5  Attorneys for Plaintiff

6

7                     UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9
   HOYT A. FLEMING,                    )
10                                     )
          Plaintiff,                   )
11                                     )  Case No. 08 CV 355WQHNLS
                                       )
   vs.                                 )  AFFIDAVIT OF KAREN FORURIA
12                                     )
                                       )  Hearing Date:    May 22, 2008
13 TOM COVERSTONE,                     )  Hearing Time:    11:00 A.M.
                                       )
14        Defendant.                   )
                                       )
15

16     Karen Foruria, being first duly sworn upon oath, deposes and says:

17     1.   I am the administrative assistant to Steven F. Schossberger, counsel of record for

18 Plaintiff Hoyt A. Fleming. I make this affidavit based upon my own personal knowledge and can

19 testify as to the truth of the matters contained herein if called upon as a witness at the trial of this

20 action.

21     2.   On March 13, 2008, I sent, by First Class Mail and by Certified Mail, the First

22 Amended Complaint and Summons to Coverstone's residence/home office. Both mailings were

23 returned as Coverstone's residence/home office does not have steet delivery. A true and accurate

24 copy of the returned envelopes are attached hereto as Exhibits A and B.

25     3.   With the Assistance of the Rancho Santa Fe Post Office, I located the Post Office Box

26 of Coverstone, P.O. Box 2167, Rancho Santa Fe California 92067.

27

28
                                            - 1 -

4      On March 24, 2008, I sent, by First Class Mail, Certified Mail, and Express Mail, the First Amended Complaint and Amended Summons to Coverstone's P.O. Box. The Certified Mail was returned unclaimed. A true and accurate copy of the returned envelope is attached hereto as Exhibit C. A true and accurate copy of the United States Postal Service tracking information is attached hereto as Exhibit D.

5.      I have not received an Acknowledgement of Receipt of Summons from Tom Coverstone.

Further your affiant sayeth naught.

_____
Karen Foruria

STATE OF IDAHO    )
                         ) ss.
County of Ada          )

SUBSCRIBED AND SWORN before me this _____ day of April, 2008.

_____
Name: _____
Notary Public for Idaho
Residing at _____
My commission expires _____