Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>  Plaintiff,<br><br>vs<br><br>TOM COVERSTONE,<br><br>  Defendant. | Case No. 08 CV 355WQHNLS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION**<br><br>Hearing Date:   May 22, 2008<br>Hearing Time:   11:00 A.M.<br>Courtroom:      4 |

[No Oral Argument]

## I. INTRODUCTION

Plaintiff Hoyt A. Fleming ("Fleming") filed the Complaint in this action on February 22, 2008. Fleming has attempted to serve the Complaint and Summons personally on Defendant Tom Coverstone ("Coverstone") at his residence/home office. However, because of Coverstone's actions to evade service of process, Fleming was prevented from serving the Complaint and Summons on Coverstone.

On March 12, 2008, Fleming filed the First Amended Complaint in this action. On two occasions, Fleming attempted to serve the Complaint and Summons on Coverstone by mail pursuant to Section 415.30 of the California Code of Civil Procedure. Fleming's two attempts to serve Coverstone by mail were not successful.

Under the circumstances, Fleming respectfully requests the Court to authorize Fleming

- 1 -

**PLAINTIFF HOYT A. FLEMING'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION**

to effect service on Coverstone by publication.

## II. FACTUAL BACKGROUND

Three attempts were made to serve Coverstone at his residence/home office, 6241 Mimulus, Rancho Santa Fe, CA 92067, between the dates of February 26, 2008 and March 1, 2008. *See Affidavit of Reasonable Diligence*, filed concurrently herewith. The March 1, 2008 service attempt included a six-hour stakeout at Coverstone's residence/home office. *Id.* Coverstone evaded Fleming's multiple service attempts.

On March 13, 2008, Fleming sent, by First Class Mail and by Certified Mail, the First Amended Complaint and Amended Summons to Coverstone's residence/home office. *See Affidavit of Karen Foruria*, filed concurrently herewith, ¶ 2; Exhibits A-B. Both mailings were returned as Coverstone's residence/home office does not have street delivery. *Id.*

With the Assistance of the Rancho Santa Fe Post Office, Fleming located the Post Office Box of Coverstone, P.O. Box 2167, Rancho Santa Fe California 92067. On March 24, 2008, Fleming sent, by First Class Mail, Certified Mail, and Express Mail, the First Amended Complaint and Summons to Coverstone's P.O Box. *See Affidavit of Karen Foruria*, ¶ 4, Exhibits C-D. The Certified Mail was returned unclaimed. *Id.* Fleming has not received an Acknowledgement of Receipt of Summons. *Id* at ¶ 5.

## III. CONCLUSION

On multiple occasions, Fleming has attempted to personally serve Coverstone. Fleming has also attempted to serve Coverstone via mail, pursuant to Section 415.30 of the California Code of Civil Procedure. Fleming's attempts have been unsuccessful. Fleming believes that Coverstone cannot, with reasonable diligence, be personally served or be served by mail. Therefore, Fleming requests authorization to serve Coverstone by publication in the San Diego Commerce (*see* CASD Local Civil Rule 83.7) as permitted by Section 415.50 of the California Code of Civil Procedure.

- 2 -

Dated: April 22, 2008

Respectfully Submitted,

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: s/Steven F. Schossberger
Attorneys for Plaintiff
E-mail: sfs@hteh.com

- 3 -