| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEVEN F. SCHOSSBERGER, ESQ., SBN 17849<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 W. MAIN STREET<br>STE 1000<br>BOISE, ID 83702<br>Telephone No. 208-344-6000    FAX. No. 208-342-3529 | |

Ref. No or File No.·

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: HOYT A. FLEMING

Defendant. TOM COVERSTONE

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date. May 22, 2008 | Time 11:00 AM | Dept/Div: 4 | Case Number. 08CV355WQHNLS |
|---|---|---|---|---|

1  I, TERRY LEE MCCRAW, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action  Personal service was attempted on Defendant TOM COVERSTONE as follows:

2  Documents    SUMMONS IN A CIVIL ACTION; COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 02/26/08 | 2:20pm | Home | SUBJECT NOT IN Attempt made by: TIM HOGAN. Attempt at: 6241 MIMULUS RANCHO SANTA FE CA 92067 |
| Wed | 02/27/08 | 3:08pm | Home | NO ANSWER, RESIDENCE HAS GATE THAT LEADS ONTO THE PROPERTY, WITH A CALL BOX, CALLED FROM CALL BOX, IT WENT STRAIGHT TO VOICE MAIL Attempt made by: JONAS WILLIAMS Attempt at: 6241 MIMULUS RANCHO SANTA FE CA 92067 |
| Sat | 03/01/08 | 6:00am | Home | BEGAN STAKEOUT, HOUSE DARK INSIDE. 2 MERCEDES BENZ IN DRIVEWAY WITH OUT OF STATE LICENSE PLATES. GATE CLOSED, NO ACTIVITY SEEN, NO LIGHTS WENT ON, NO ANSWER FROM CALL BOX Attempt made by: MATTHEW GERLICH Attempt at: 6241 MIMULUS RANCHO SANTA FE CA 92067 |
| Sat | 03/01/08 | 11:00am | Home | SERVER TOOK OVER STAKEOUT, 2 VEHICLES IN DRIVEWAY, NO MOVEMENT, PAPER IN DRIVEWAY, HOUSE DARK. VEHICLE #1 POWDER BLUE MERCEDES WITH FLORIDA PLATES "PATPEND", VEHICLE #2 BLACK MERCEDES WITH TEXAS PLATES "613CRM", EXAMINED PERIMETER OF PROPERTY, THERE IS A BLACK GATE [LOCKED], NOT BIG ENOUGH FOR VEHICLE, BUT OK FOR GOLF CART SIZED VEHICLE. GOES INTO ANOTHER NEIGHBORS YARD  SERVER ENDED STAKEOUT @ 3P.M. NO CHANGES, NO MOVEMENT Attempt made by: TERRY LEE MCCRAW Attempt at: 6241 MIMULUS RANCHO SANTA FE CA 92067. |
| Thu | 03/06/08 | 2:00pm | Home | Returned Not Served on: TOM COVERSTONE Home - 6241 MIMULUS RANCHO SANTA FE, CA 92067 |

3  Person Executing
  a. TERRY LEE MCCRAW
  b. **FIRST LEGAL SUPPORT SERVICES**
    1111 6TH AVENUE, SUITE 204
    SAN DIEGO, CA 92101
  c (619) 231-9111

Recoverable Costs Per CCP 1033 5(a)(4)(B)
d. The Fee for service was
e. I am  (3) registered California process server
    (i)  Employee
    (ii)  Registration No    1298
    (iii)  County.    San Diego
    (iv)  Expiration Date.    Wed, Oct 01, 2008

4  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct

Date· Thu, Mar. 06, 2008    **AFFIDAVIT OF REASONABLE DILIGENCE**    (TERRY LEE MCCRAW)