1  Steven F. Schossberger, California  Bar No. 178494
   HAWLEY TROXELL ENNIS & HAWLEY LLP
2  877 Main Street, Suite 1000
   P.O. Box 1617
3  Boise, ID 83701-1617
   Telephone: (208) 344-6000
4  Facsimile: (208) 342-3829

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9
   HOYT A. FLEMING,                    )
10                                      )
              Plaintiff,               )    Case No. 08 CV 355WQHNLS
11                                      )
                                        )    AFFIDAVIT OF KAREN FORURIA
12  vs.                                 )
                                        )    Hearing Date:      May 22, 2008
13  TOM COVERSTONE,                     )    Hearing Time:      11:00 A.M.
                                        )    Courtroom:         4
14            Defendant.               )
                                        )    [No Oral Argument]
15  ─────────────────────────────────

16      Karen Foruria, being first duly sworn upon oath, deposes and says:

17      1.      I am the administrative assistant to Steven F. Schossberger, counsel of record for

18  Plaintiff Hoyt A. Fleming.  I make this affidavit based upon my own personal knowledge and can

19  testify as to the truth of the matters contained herein if called upon as a witness at the trial of this

20  action.

21      2.      On March 13, 2008, I sent, by First Class Mail and by Certified Mail, the First

22  Amended Complaint and Summons to Coverstone's residence/home office.  Both mailings were

23  returned as Coverstone's residence/home office does not have steet delivery.  A true and accurate

24  copy of the returned envelopes are attached hereto as Exhibits A and B.

25      3.      With the Assistance of the Rancho Santa Fe Post Office, I located the Post Office Box

26  of Coverstone, P.O. Box 2167, Rancho Santa Fe California 92067.

27

28

                                         - 1 -

44015 0001 1192037 1

1    4.    On March 24, 2008, I sent, by First Class Mail, Certified Mail, and Express Mail, the

2   First Amended Complaint and Amended Summons to Coverstone's P.O. Box. The Certified Mail

3   was returned unclaimed. A true and accurate copy of the returned envelope is attached hereto as

4   Exhibit C. A true and accurate copy of the United States Postal Service tracking information is

5   attached hereto as Exhibit D.

6    5.    I have not received an Acknowledgement of Receipt of Summons from Tom

7   Coverstone.

8    Further your affiant sayeth naught.

9

10

11                                        _Karen Foruria_____

12                                        Karen Foruria

13

14

15   STATE OF IDAHO        )
                          ) ss.
16   County of Ada         )

17    SUBSCRIBED AND SWORN before me this 22nd day of April, 2008

18

19                                        _Crystal Severson_____

20                                        Name: _____
                                          Notary Public for Idaho
21                                        Residing at _Meridian, Idaho___
                                          My commission expires _10/24/09_

22

23

24

25

26

27

28

-2-

44015 0001 1152037 1







**EXHIBIT A**



# HTEH
### HAWLEY TROXELL ENNIS & HAWLEY LLP
ATTORNEYS AT LAW

877 Main Street, Suite 1000
P.O. Box 1617
Boise, Idaho 83701-1617

MAR 21 2008

## TO:

Tom Coverstone
6241 Mimulus
Rancho Santa Fe, CA 92067

P.O. BOX NUMBER REQUIRED
RETURN TO SENDER TO BE
MAILED WITH NEW COVER
AND POSTAGE



UNITED STATES POSTAGE
$ 01.31°
02 1A
0004390931
MAILED FROM ZIP CODE 83702
MAR 13 2008

**EXHIBIT B**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tom Coverstone
P. O. Box 2167
Rancho Santa Fe, CA 92067

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)

7005 1820 0000 1499 2343

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540



TO:

Tom Coverstone
P. O. Box 2167
Rancho Santa Fe, CA 92067

HTEH HAWLEY TROXELL
ENNIS & HAWLEY LLP
ATTORNEYS AT LAW

877 Main Street, Suite 1000
P.O. Box 1617
Boise, Idaho 83701-1617

APR 16

*CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

APR 16 2008

UNCLAIMED

2167

7005 1820 0000 1499 2343

CERTIFIED MAIL



1st NOTICE
2nd NOTICE
RETURN

MAR 26 2008
APR 05 2008
4/10/08



UNITED STATES POSTAGE
$06.110
PITNEY BOWES
02 1A
0004309931
MAILED FROM ZIP CODE 83702

**EXHIBIT C**

USPS – Track & Confirm

4/16/08 8:44 AM

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 1499 2343**
Status: **Unclaimed**

Your item was returned to the sender on April 11, 2008 because it was
not claimed by the addressee.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Copyright© 1999-2007 USPS All Rights Reserved.     No FEAR Act EEO Data     FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

Page 1 of 2

**EXHIBIT D**