| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me || DATE   May 29, 2008 |
| NAME OF SERVER    R. T. Hansell || TITLE   #1422 |
| Check one box below to indicate appropriate method of service |||
| [X] Served personally upon the defendant   Place where served: || 11966 El Camino Real<br>San Diego, CA |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |||
| [ ] Return unexecuted: |||
| [ ] Other (specify): |||

| STATEMENT OF SERVICE FEES ||||
|---|---|---|---|
| TRAVEL |  | SERVICES | TOTAL $ 250.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct

Executed on: May 30, 2008

/s/ R.T. Hansell

Signature of Server

2445 Moreno Blvd., Ste. 206

Address of Server   San Diego, CA 92110

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U S MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION

JUDGEMENTS OF THE U.S MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | |
|---|---|
| Attorney: | STEVEN F. SCHOSSBERGER, (SBN 178494) |
| Law Firm: | HAWLEY TROXELL ENNIS & HAWLEY, LLP |
| Address: | 877 MAIN STREET, STE. 1000 |
| | P.O. BOX 1617 |
| | BOISE, ID 83701-1617 |
| Phone: | (208) 344-6000 |
| Fax: | |

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## SOUTHERN DISTRICT OF CALIFORNIA
## CASE NO.: 08 CV 355WQHNLS

### AFFIDAVIT OF SERVICE

**HOYT A. FLEMING,**
    Plaintiff/Petitioner,

vs

**TOM COVERSTONE,**
    Defendant/Respondent,

_____/

Received by San Diego Service of Process on 5/29/08 to be served upon:
**TOM COVERSTONE**
I, R.T. Hansell, depose and say that:

On 5/29/08 at 9:01 PM, I served the within
SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; EXTORTION; DEFAMATION

on **TOM COVERSTONE, at 11966 EL CAMINO REAL, SAN DIEGO, CA 92130,** in the manner indicated below:

By personally leaving a true copy of this process with the party served.

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

                        Date 5/30/08

X _____
    R.T. Hansell, #1422
    San Diego Service of Process
    2445 Morena Blvd. Ste 206
    San Diego, Ca. 92110
    (619) 275-6400 Fax (619) 275-6420



**San Diego Service of Process, LLC**
2445 Morena Blvd. Ste. #206
San Diego, CA 92110

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/30/2008 | 10697 |

| BILL TO |
|---|
| COD PARK, VAUGHN & FLEMING, LLP<br>HOYT FLEMING<br>P.O. BOX 140678<br>BOISE, ID 83714 |

| Tracking # | TERMS | PROJECT |
|---|---|---|
|  | Due on receipt |  |

| ITEM CODE | DESCRIPTION | ZIP | PRICE EA. | AMOUNT |
|---|---|---|---|---|
| P/S | COVERSTONE, TOM 11966 EL CAMINO REAL, S.D. 5/29  "PRIORITY" | 92130 | 250.00 | 250.00 |

**Total** $250.00