Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>    Defendant. | Case No. 08 CV 355WQHNLS<br><br>**NOTICE OF WITHDRAWAL OF AMENDED MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION (DOCKET 8)** |

PLEASE TAKE NOTICE that Plaintiff withdraws his amended motion for service by publication because the Defendant was personally served on May 29, 2008. (Docket 9).

Dated: June 10, 2008

Respectfully Submitted,

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: _s/Steven F. Schossberger_
    Attorneys for Plaintiff
    E-mail: sfs@hteh.com

- 1 -

**PLAINTIFF HOYT A. FLEMING'S NOTICE OF WITHDRAWAL OF AMENDED MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY PUBLICATION**