John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HOYT A. FLEMING, | Case No. 3:08-cv-00355 WQH-NLS |
|---|---|
| Plaintiff, | **NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16** |
| v. | |
| TOM COVERSTONE, | Date: July 21, 2008 |
| Defendant. | Time: 11:00 a.m. |
| | Courtroom: 4 |
| | Judge: William Q. Hayes |
| | Magistrate Judge: Nita L. Stormes |
| | Complaint Filed: February 22, 2008 |
| | Trial Date: None set |
| | No oral argument unless ordered by the court |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on July 21, 2008 at 11:00 a.m., or as soon as there after as the matter may be heard in Courtroom 4, Defendant TOM COVERSTONE will and hereby does move to strike counts two and three of Plaintiff HOYT A. FLEMING'S First Amended Complaint pursuant to Code of Civil Procedure section 425.16.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Thomas Coverstone, the

///
///
///

- 1 -
**NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE PURSUANT TO CODE OF
CIVIL PROCEDURE SECTION 425.16**
08 CV 355WQHNLS

Notice of Lodgment and attached exhibits, the Request for Judicial Notice, the pleadings and papers filed herein, and any oral argument presented at the time of hearing.

KLINEDINST PC

DATED: June 18, 2008          By: /s/ Gregor A. Hensrude
                                  GREGOR A. HENSRUDE
                                  Attorneys for Defendant
                                  TOM COVERSTONE

637667v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101