1   John D. Klinedinst, Bar No. 86254
    Gregor A. Hensrude, Bar No. 226660
2   Daniel S. Agle, Bar No. 251090
    KLINEDINST PC
3   501 West Broadway, Suite 600
    San Diego, California 92101
4   (619) 239-8131/FAX (619) 238-8707
    jklinedinst@klinedinstlaw.com
5   ghensrude@klinedinstlaw.com

6   Attorneys for Defendant
    TOM COVERSTONE
7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10  HOYT A. FLEMING,                    Case No.   3:08-cv-00355 WQH-NLS

11            Plaintiff,                **DEFENDANT TOM COVERSTONE'S**
                                        **REQUEST FOR JUDICIAL NOTICE IN**
12       v.                             **SUPPORT OF SPECIAL MOTION TO**
                                        **STRIKE PURSUANT TO SECTION 425.16**
13  TOM COVERSTONE,                     **AND MOTION TO DISMISS**

14            Defendant.                Date              July 21, 2008
                                        Time:             11:00 a.m.
15                                      Courtroom:        4
                                        Judge:            William Q. Hayes
16                                      Magistrate Judge: Nita L. Stormes
                                        Complaint Filed:  February 22, 2008
17                                      Trial Date:       None set

18

19       In accordance with Federal Rule of Evidence 201, Defendant TOM

20  COVERSTONE respectfully requests that this Court take judicial notice of the following

21  document attached to the Notice of Lodgment:

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 1 -

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1    ///

2           Exhibit "J"           Complaint and Demand for Jury Trial, filed on February 16,
3                                  2006 in the United States District Court for the District of
                                   Idaho, in the case entitled *Hoyt A. Fleming v. Tom*
4                                  *Coverstone*, bearing case number 1:08-cv-00081-LMB.

5
                                           KLINEDINST PC
6

7
     DATED: June 18, 2008                   By: /s/ Gregor A. Hensrude
8                                                GREGOR A. HENSRUDE
                                                 Attorneys for Defendant
9                                                TOM COVERSTONE

10   642453v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT TOM COVERSTONE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL
MOTION TO STRIKE PURSUANT TO SECTION 425.16 AND MOTION TO DISMISS
08 CV 355WQHNLS**

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101