John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HOYT A. FLEMING, | Case No.   3:08-cv-00355 WQH-NLS |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(7)** |
| v. | |
| TOM COVERSTONE, | |
| Defendant. | Date          July 21, 2008<br>Time:          11:00 a.m.<br>Courtroom:   4<br>Judge:         William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date:    None set |
| | No oral argument unless ordered by the court |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on July 21, 2008 at 11:00 a.m., or as soon as there after as the matter may be heard in Courtroom 4, Defendant TOM COVERSTONE will and hereby does move for an order dismissing the complaint of Plaintiff HOYT A. FLEMING pursuant to Federal Rules of Civil Procedure sections 12(b)(6) and 12(b)(7), on the following grounds:

<u>First Cause of Action</u>

(1)     The contract is unenforceable because the parties did not agree on one or more material terms and material term are not reasonably certain. *Lindsay v. Lewandowski* (2006) 139 Cal.App.4th 1618, 1622.

(2)  Plaintiff has failed to name required parties. Federal Rules of Civil Procedure 19(a)(1); *Rojas v. Loewen Group Int'l* (D.P.R. 1998) 178 F.R.D. 356, 361 ("generally, in breach of contract actions, all parties to the contract are necessary ones.").

Second Cause of Action

(1)  The second cause of action is barred by the litigation privilege. *Cal. Civ. Code* section 47 subd. (b).

(2)  Plaintiff has failed to state facts that would allow the court to grant the requested relief.

Third Cause of Action

(1)  The third cause of action is barred by the litigation privilege. *Cal. Civ. Code* section 47 subd. (b).

(2)  A party is not liable for threatening to do something that he or she has a right to do. *United Professional Planning, Inc. v. Superior Court*, 9 Cal.App.3d 377, 395 (1970).

(3)  Plaintiff has failed to state facts that would allow the court to grant the requested relief.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice, the pleadings and papers filed herein, and any oral argument presented at the time of hearing.

KLINEDINST PC

DATED: June 18, 2008

By: /s/ Gregor A. Hensrude
GREGOR A. HENSRUDE
Attorneys for Defendant
TOM COVERSTONE

637604v1