John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
jklinedinst@klinedinstlaw.com
ghensrude@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HOYT A. FLEMING, | Case No. 3:08-cv-00355 WQH-NLS |
|---|---|
| Plaintiff, | **DEFENDANT TOM COVERSTONE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO SECTION 425.16 AND MOTION TO DISMISS** |
| v. | |
| TOM COVERSTONE, | |
| Defendant. | Date: July 21, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date: None set |

In accordance with Federal Rule of Evidence 201, Defendant TOM COVERSTONE respectfully requests that this Court take judicial notice of the following document attached to the Notice of Lodgment:

///
///
///
///
///
///
///

- 1 -
**DEFENDANT TOM COVERSTONE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO SECTION 425.16 AND MOTION TO DISMISS**
08 CV 355WQHNLS

///

| | | |
|---|---|---|
| Exhibit "J" | | Complaint and Demand for Jury Trial, filed on February 16, 2006 in the United States District Court for the District of Idaho, in the case entitled *Hoyt A. Fleming v. Tom Coverstone*, bearing case number 1:08-cv-00081-LMB. |

KLINEDINST PC

DATED: June 18, 2008         By: /s/ Gregor A. Hensrude
                                 GREGOR A. HENSRUDE
                                 Attorneys for Defendant
                                 TOM COVERSTONE

642453v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101