Steven F. Schossberger, California  Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  (208) 344-6000
Facsimile:  (208) 342-3829

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>     Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>     Defendant. | Case No. 08 CV 355WQHNLS<br><br>NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT<br><br>Date:          July 28, 2008<br>Time:          11:00 am<br>Courtroom:     4<br>Judge:         William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date:    None set |

ORAL ARGUMENT NOT REQUIRED

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on July 28, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4, Plaintiff Hoyt A. Fleming, by and through his counsel of record, Hawley Troxell Ennis & Hawley LLP, will and hereby does move the Court for leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a) and (d).  Plaintiff attests that the Motion is not the product of undue delay or bad faith, the proposed amendment is not futile, and that the opposing party will not be unduly prejudiced if it is granted.

This motion is supported by Plaintiff's Memorandum in Support of Motion to Amend Complaint. A copy of Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit A.

DATED THIS 30TH day of June, 2008.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By: /s/   Steven F. Schossberger
                      Steven F. Schossberger, CA No. 178494
                      Attorneys for Plaintiff