John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
jklinedinst@klinedinstlaw.com
ghensrude@klinedinstlaw.com
dagle@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>    Plaintiff,<br><br>v.<br><br>TOM COVERSTONE,<br><br>    Defendant. | Case No.   3:08-cv-00355 WQH-NLS<br><br>**OBJECTIONS TO EVIDENCE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**<br><br>Date             July 21, 2008<br>Time:            11:00 a.m.<br>Courtroom:   4<br>Judge:           William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date:     None set |

### OBJECTIONS TO FLEMING AFFIDAVIT

Objection Number 1

"Mr. Fox told me he was 'tipped off.'" (Fleming Aff., paragraph 15, line 1).

Grounds for Objection 1:  Hearsay (Rule of Evidence 802).  Fleming is offering this statement to prove that the *Texas Lawyer* was tipped off regarding the Texas lawsuit filed by Coverstone.

Objection Number 2

"The far right portion of the fax header on page 2 of the fax indicates that the Texas Complaint had been faxed three times." (Fleming Aff., paragraph 15, lines 4-5)

Grounds for Objection 2: Lack of Personal Knowledge (Rule of Evidence 602); Improper opinion testimony as to legal conclusion (Rule of Evidence 701)  Fleming is testifying as to the

- 1 -

significance of the fax header and he is drawing conclusions for which he has established no foundation.  He has no personal knowledge that the fax had been sent three times.

Objection Number 3

"Mr. Fox stated that he received the Texas Complaint in a fax from Brenda Jeffreys, another reporter with the Texas Lawyer."  (Fleming Aff., paragraph 16, lines 15-17)

Grounds for Objection 3: Hearsay (Rule of Evidence 802).  Fleming is offering this statement to prove that Mr. Fox received the complaint via fax from Brenda Jeffreys.

KLINEDINST PC

DATED: July 14, 2008           By:   /s/ Gregor A. Hensrude
                                     JOHN D. KLINEDINST
                                     GREGOR A. HENSRUDE
                                     DANIEL S. AGLE
                                     Attorneys for Defendant
                                     TOM COVERSTONE

662581v1