John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
jklinedinst@klinedinstlaw.com
ghensrude@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOM COVERSTONE,<br><br>　　　　Defendant. | Case No.   3:08-cv-00355 WQH-NLS<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**<br><br>Date　　　　　　July 21, 2008<br>Time:　　　　　　11:00 a.m.<br>Courtroom:　　　　4<br>Judge:　　　　　William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date:　　　None set |

In accordance with Federal Rule of Evidence 201, Defendant TOM COVERSTONE respectfully requests that this Court take judicial notice of the following documents attached to the Notice of Lodgment:

///

///

///

///

///

///

///

- 1 -
**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**
08 CV 355WQHNLS

| | | |
|---|---|---|
| 1 | Exhibit "K" | Official Action filed by the United States Patent and Trademark Office on November 14, 2005 for patent application number 10/396,881. |
| 2 | | |
| 3 | | |
| 4 | Exhibit "L" | Pages 1 through 5 of the patent profile for United States Patent number 6,670,905, dated December 30, 2003, printed from the United States Patent and Trademark Office website at www.uspto.gov |
| 5 | | |

KLINEDINST PC

DATED: July 14, 2008        By: /s/ Gregor A. Hensrude
                                 GREGOR A. HENSRUDE
                                 Attorneys for Defendant
                                 TOM COVERSTONE

663410v1

- 2 -

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**
08 CV 355WQHNLS