1  John D. Klinedinst, Bar No. 86254
   Gregor A. Hensrude, Bar No. 226660
2  Daniel S. Agle, Bar No. 251090
   KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   jklinedinst@klinedinstlaw.com
5  ghensrude@klinedinstlaw.com

6  Attorneys for Defendant
   TOM COVERSTONE
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 HOYT A. FLEMING,                    Case No.   3:08-cv-00355 WQH-NLS

11         Plaintiff,                  **SUPPLEMENTAL NOTICE OF LODGMENT IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**

12     v.

13 TOM COVERSTONE,

14         Defendant.                  Date            July 21, 2008
                                       Time:           11:00 a.m.
15                                     Courtroom:      4
                                       Judge:          William W. Hayes
16                                     Magistrate Judge: Nita L. Stormes
                                       Complaint Filed: February 22, 2008
17                                     Trial Date:     None set

18

19     Defendant TOM COVERSTONE hereby lodges the following documents in

20 support of his Special Motion to Strike pursuant to California Code of Civil Procedure

21 section 425.16:

22     1.    Lodged herewith as Exhibit "K" is a true and correct copy of the Office

23 Action for patent application number 10/396,881, dated November 14, 2005.

24     2.    Lodged herewith as Exhibit "L" is a true and correct copy of pages 1

25 through 5 of the patent profile for United States Patent number 6,670,905, dated

26 ///

27 ///

28 ///

- 1 -

**SUPPLEMENTAL NOTICE OF LODGMENT IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. SECTION 425.16**
08 CV 355WQHNLS

1 December 30, 2003 and printed from the United States Patent and Trademark Office
2 website at www.uspto.gov.

                                                KLINEDINST PC

DATED: July 14, 2008            By:  /s/ Gregor A. Hensrude
                                            JOHN D. KLINEDINST
                                            GREGOR A. HENSRUDE
                                            Attorneys for Defendant
                                            TOM COVERSTONE

663527v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101