

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/396,881 | 03/25/2003 | Steven K. Orr | ESC / 21USDV | 7675 |

| 26875 | 7590 | 11/14/2005 |
|---|---|---|

WOOD, HERRON & EVANS, LLP
2700 CAREW TOWER
441 VINE STREET
CINCINNATI, OH 45202

| EXAMINER |
|---|
| GREGORY, BERNARR E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3662 | |

DATE MAILED: 11/14/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

EXHIBIT K

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/396,881 | ORR, STEVEN K. |
| | Examiner | Art Unit |
| | Bernarr E. Gregory | 3662 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>22 August 2005</u>.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>86-136</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☒ Claim(s) <u>86,87,92 and 96-136</u> is/are allowed.
6) ☒ Claim(s) <u>88-91,93-95</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some * c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.
4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 7-05)       Office Action Summary       Part of Paper No./Mail Date 11092005

Application/Control Number: 10/396,881 Page 2
Art Unit: 3662

1. Claims 86, 87, 92, and 96-136 are allowable over the prior art of record.

2. The objection to the specification under 37 CFR 1.71 of record and the rejection of claims 88-91 and 93-95 of record under 35 USC 112, first paragraph, are **maintained** as to the terms "learn mode" and "learning mode." Please see 37 CFR 1.75(d)(1). There is no clear antecedent for either of these terms in the specification. Applicant has failed to teach one of ordinary skill-in-the-art what these modes are, how to make an apparatus to implement these modes, and how to use such an apparatus implementing these modes.

3. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bernarr E. Gregory whose telephone number is (571) 272-6972. The examiner can normally be reached on weekdays from 7:30 AM to 4:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Thomas H. Tarcza, can be reached on (571) 272-6979. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

Application/Control Number: 10/396,881 Page 3
Art Unit: 3662

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Bernarr E. Gregory
Primary Examiner
Art Unit 3662



**USPTO PATENT FULL-TEXT AND IMAGE DATABASE**

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Hit List] [Previous] [Bottom]
[View Cart] [Add to Cart]
[Images]

( 9 of 9 )

**United States Patent**     **6,670,905**
Orr     **December 30, 2003**

Radar warning receiver with position and velocity sensitive functions

### Abstract
A GPS enabled radar detector (20) that aids in the management of unrelated or otherwise unimportant sources (16), permitting the detector to dynamically improve its handling of such sources based upon previously-stored geographically-referenced information on such sources. The detector includes technology (30, 32) for determining the location of the detector, and comparing this location to the locations of known stationary sources, to improve the handling of such detections. The detector may ignore detections received in an area known to contain a stationary source, or may only ignore specific frequencies or may handle frequencies differently based upon historic trends of spurious police radar signals at each frequency. A Global Positioning Satellite System (GPS) receiver (30, 32) is used to establish current physical coordinates. The detector maintains a list (50, 82) of the coordinates of the known stationary source "offenders" in nonvolatile memory. Each time a microwave or laser source is detected, it will compare its current coordinates to this list. Notification of the driver will take on a variety of forms depending on the stored information and current operating modes.

| | |
|---|---|
| Inventors: | **Orr; Steven K.** (Cincinnati, OH) |
| Assignee: | **Escort Inc.** (Cincinnati, OH) |
| Appl. No.: | **09/889,656** |
| Filed: | **March 15, 2002** |
| PCT Filed: | **June 14, 2000** |
| PCT No.: | **PCT/US00/16410** |
| PCT Pub. No.: | **WO00/77539** |
| PCT Pub. Date: | **December 21, 2000** |

| | |
|---|---|
| Current U.S. Class: | 342/20 ; 342/175; 342/195; 342/357.01; 342/357.06; 342/89; 701/207; 701/213 |
| Current International Class: | G01S 7/48 (20060101); G01S 7/495 (20060101); G01S 7/51 (20060101); G01S 7/02 (20060101); G01S |

EXHIBIT L

| | | |
|---|---|---|
| **Field of Search:** | | 5/14 (20060101); G01S 7/04 (20060101); G01S 7/38 (20060101); G01S 007/40 (); G01S 013/00 () 701/207,213,214-216 342/20,175,195,357.01-357.17,104,105,109-118,127-146,159-164,89,91-93 700/90 340/988,425.5,438 |

## References Cited [Referenced By]

### U.S. Patent Documents

| | | |
|---|---|---|
| 4492952 | January 1985 | Miller |
| 4539642 | September 1985 | Mizuno et al. |
| 4581769 | April 1986 | Grimsley et al. |
| 4631542 | December 1986 | Grimsley |
| 4876527 | October 1989 | Oka et al. |
| 4954828 | September 1990 | Orr |
| 4986385 | January 1991 | Masaki |
| 5038102 | August 1991 | Glasheen |
| 5049885 | September 1991 | Orr |
| 5058698 | October 1991 | Yoshida et al. |
| 5079553 | January 1992 | Orr |
| 5127487 | July 1992 | Yamamoto et al. |
| 5134406 | July 1992 | Orr |
| 5153512 | October 1992 | Glasheen |
| 5164729 | November 1992 | Decker et al. |
| 5177685 | January 1993 | Davis et al. |
| 5206500 | April 1993 | Decker et al. |
| 5250951 | October 1993 | Valentine et al. |
| 5300932 | April 1994 | Valentine et al. |
| 5305007 | April 1994 | Orr et al. |
| 5347120 | September 1994 | Decker et al. |
| 5365055 | November 1994 | Decker et al. |
| 5400034 | March 1995 | Smith |
| 5450329 | September 1995 | Tanner |
| 5504482 | April 1996 | Schreder |
| 5515042 | May 1996 | Nelson |
| 5539645 | July 1996 | Mandhyan et al. |
| 5559508 | September 1996 | Orr et al. |
| 5668554 | September 1997 | Orr et al. |
| 5815092 | September 1998 | Gregg, III et al. |
| 5864481 | January 1999 | Gross et al. |
| 5929753 | July 1999 | Montague |
| 5955973 | September 1999 | Anderson |
| 5977884 | November 1999 | Ross |

| | | |
|---|---|---|
| 5983161 | November 1999 | Lemelson et al. |
| 6084510 | July 2000 | Lemelson et al. |
| 6118403 | September 2000 | Lang |
| 6201493 | March 2001 | Silverman |
| 6204798 | March 2001 | Fleming, III |
| 6252544 | June 2001 | Hoffberg |
| 6384776 | May 2002 | Martin |
| 6400304 | June 2002 | Chubbs, III |

**Foreign Patent Documents**

| | | |
|---|---|---|
| 9-27096 | Jan., 1997 | JP |
| 9-27096 | Jan., 1997 | JP |

*Primary Examiner:* Gregory; Bernarr E.
*Attorney, Agent or Firm:* Wood, Herron & Evans, LLP

***Parent Case Text***

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a United States continuation-in-part of U.S. Provisional Patent Application serial No. 60/139,097, filed Jun. 14, 1999, and a United States continuation-in-part of U.S. Provisional Patent Application serial no. 60/145,394, filed Jul. 23, 1999, both of which are hereby incorporated herein in their entirety.

***Claims***

What is claimed:

1. A police warning receiver comprising: a receiver section adapted to receive electromagnetic signals indicative of police activity; an alert section responsive to the receiver section and adapted to provide an alert if a received electromagnetic signal correlates to a police signal; and a position determining circuit generating a location signal; wherein the alert section receives the location signal and is adapted to one of alter and not provide the alert if the location signal correlates to a location of a rejectable signal.

2. The police warning receiver of claim 1, wherein said electromagnetic signals include radar signals in a radar band.

3. The police warning receiver of claim 1, wherein said electromagnetic signals are carried in the visible or infrared spectrum.

4. The police warning receiver of claim 1, wherein the alert section further correlates said rejectable signal to said received electromagnetic signal, and alters the alert based upon the result of the correlation.

5. The police warning receiver of claim 1 wherein said rejectable signal is correlated to said received

electromagnetic signal by comparing frequencies of said rejectable signal to frequencies of said received signal.

6. The police warning receiver of claim 5 further comprising storage for signal information associated with geographic locations, said signal information identifying rejectable signals at each geographic location.

7. The police warning receiver of claim 6 wherein said storage for signal information includes a signal incidence counter identifying a number of times a signal has been received by said receiver.

8. The police warning receiver of claim 7 wherein said storage for signal information includes a plurality of signal incidence counters, each associated with a frequency block and identifying a number of times a signal within the associated frequency block has been received by said receiver.

9. The police warning receiver of claim 8 wherein frequencies of said received signal are compared to frequencies in said signal information database to identify frequencies of said received signal having low valued signal incidence counters.

10. The police warning receiver of claim 9 wherein, upon identification of a frequency of said received signal having a low valued signal incidence counter in said signal information database, an alert signal is provided.

11. The police warning receiver of claim 1 further comprising storage for flags associated with geographic locations, said flags identifying rejectable signals at each geographic location.

12. The police warning receiver of claim 11 wherein said flags include a flag associated with each of a plurality of frequencies identified by said receiver, and indicating whether received signals of the associated frequency are rejectable; and said received electromagnetic signal is correlated to rejectable signals by comparing frequencies of said received signal to rejectable signal frequencies identified by said flags.

13. The police warning receiver of claim 11 wherein said flags include a flag associated with a geographic location indicating that all signals received at said geographic location are rejectable; and said alert section is adapted to alter or not provide the alert if a flag associated with the location signal indicates that all signals received at said geographic location are rejectable.

14. The police warning receiver of claim 11 wherein said flags include a flag associated with a geographic location indicating that all signals received at said geographic location are rejectable and should be minimally visually identified; and said alert section is adapted to provide a minimal visual alert if a flag associated with the location signal indicates that all signals received at said geographic location are rejectable and should be minimally identified.

15. The police warning receiver of claim 1 further comprising storage for signal information associated with geographic locations, said signal information identifying rejectable signals at each geographic location.

16. The police warning receiver of claim 15 further comprising an interface connector, wherein signal information is stored in said storage via said interface connector.

17. The police warning receiver of claim 16 wherein said interface connector complies with one of a universal serial bus standard, an automotive wiring standard, the J1854, CAN, BH12 and LIN standards.

18. The police warning receiver of claim 15 wherein said receiver has a training mode in which said signal information is modified based upon electromagnetic signals received by the police warning receiver.

19. The police warning receiver of claim 18 wherein said signal information comprises a signal incidence counter associated with a geographic location, said signal incidence counter is incremented upon reception of an electromagnetic signal at said geographic location, and said signal incidence counter is decremented upon failure to receive an electromagnetic signal at said geographic location.

20. The police warning receiver of claim 19 wherein said signal information comprises a plurality of signal incidence counters each associated with a geographic location and a frequency block, a signal incidence counter is incremented upon reception of an electromagnetic signal in an associated frequency block at an associated geographic location, and a signal incidence counter is decremented upon failure to receive an electromagnetic signal in an associated frequency block at an associated geographic location.

21. The police warning receiver of claim 20 wherein said frequency blocks are associated with frequencies of radar-band electromagnetic signals, and said signal incidence counters are incremented and decremented upon reception or failure to receive a radar-band electromagnetic signal.

22. The police warning receiver of claim 15 wherein said receiver stores signal information for geographic locations for which no signal information has previously been stored.

23. The police warning receiver of claim 22 wherein said receiver has a data overwrite mode in which signal information is erased to provide room to store signal information for geographic locations for which no signal information has previously been stored, and a mode in which erasure of signal information is prevented.

24. The police warning receiver of claim 1 adapted to access signal information associated with geographic locations, said signal information identifying rejectable signals at each geographic location.

25. The police warning receiver of claim 24 further comprising communication circuitry for obtaining said signal information from an Internet resource.

26. The police warning receiver of claim 24 further comprising communication circuitry for obtaining said signal information from a general purpose computer.

27. The police warning receiver of claim 24 further comprising communication circuitry for obtaining said signal information from another police warning receiver.

28. The police warning receiver of claim 1 further comprising storage for vehicle history information identifying vehicle activities including geographic locations entered by a vehicle carrying said receiver.

29. The police warning receiver of claim 28 wherein said vehicle history information comprises geographic locations entered by a vehicle carrying said receiver and velocities of said vehicle at said locations.

30. The police warning receiver of claim 1 wherein said receiver is responsive to a user input confirming police activity, to identify one or more geographic locations in which electromagnetic signals are not rejectable.