1  Steven F. Schossberger, California Bar No. 178494
   HAWLEY TROXELL ENNIS & HAWLEY LLP
2  877 Main Street, Suite 1000
   P.O. Box 1617
3  Boise, ID 83701-1617
   Telephone: (208) 344-6000
4  Facsimile: (208) 342-3829

5  Attorneys for Plaintiff

6

7

8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  HOYT A. FLEMING,                    )  Case No. 3:08-CV00355 WQH-NLS
                                        )
        Plaintiff,                      )  MEMORANDUM OF POINTS AND
12                                      )  AUTHORITIES IN SUPPORT OF
                                        )  PLAINTIFF'S MOTION TO SHORTEN TIME
13  vs.                                 )  AND MOTION TO STRIKE
                                        )
14  TOM COVERSTONE,                     )  Date: July 21, 2008
                                        )  Time: 11:00 a.m.
15      Defendant                       )  Courtroom: 4
                                        )  Judge: William W. Hays, Magistrate Judge:
16  _____ )  Nida L. Stormes
                                           Complaint filed: February 22, 2008
17                                         Trial Date: Not Set

18          Plaintiff Hoyt A. Fleming submits this memorandum of points and authorities in support of

19  his motion to shorten time and motion to strike the Reply in Support of Motion to Dismiss pursuant to

20  12B (Docket No. 17)

21          On July 14, 2008, Defendant Tom Coverstone filed his Reply to Plaintiff's Opposition to

22  Defendant's Special Motion to Strike (Docket No. 17)  The reply brief is twelve (12) pages in

23  length, excluding the cover page. Civil Rule 7.1(h) provides that, "No reply memorandum shall

24  exceed ten (10) pages without leave of the judge." Coverstone has violated this rule. Moreover, Civil

25  Rule 7.1(h) provides that, "Briefs and memoranda exceeding ten (10) pages in length shall have a

26  table of contents and a table of authorities cited." Coverstone has also ignored this part of the rule in

27  his reply brief. (Docket No. 17)

28                                          - 1 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME
                                  AND MOTION TO STRIKE

1    Consequently, Fleming respectfully requests that the Court strike Coverstone's reply

2 memorandum from the record due to Coverstone's noncompliance with Civil Rule 7 1(h)

3    RESPECTFULLY SUBMITTED THIS 16th day of July, 2008.

4                                    HAWLEY TROXELL ENNIS & HAWLEY LLP

5

6

                                    By:____/s/___Steven F. Schossberger_____
7                                        Steven F. Schossberger, CA No 178494
                                         Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          - 2 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME
AND MOTION TO STRIKE

44015 0001 1244939 1