Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING, <br><br> Plaintiff, <br><br> vs <br><br> TOM COVERSTONE, <br><br> Defendant | Case No. 3:08-CV00355 WQH-NLS <br><br> NOTICE OF MOTION AND MOTION TO STRIKE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE (DOCKET NO. 19) AND MOTION TO SHORTEN TIME <br><br> Date: July 21, 2008 <br> Time: 11:00 a.m. <br> Courtroom: 4 <br> Judge: William W. Hays, Magistrate Judge: Nida L. Stormes <br> Complaint filed: February 22, 2008 <br> Trial Date: Not Set <br><br> ORAL ARGUMENT NOT REQUIRED |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 21, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4, that pursuant to Civil Rule 7.1(e)(1), Plaintiff Hoyt A. Fleming, by and through his counsel of record, Steven F. Schossberger of the law firm Hawley Troxell Ennis & Hawley LLP, moves the Court to shorten time for hearing on his motion to strike the Reply to Plaintiff's Opposition to Defendant's Special Motion to Strike (Docket No. 19), and subject to the granting of said motion to shorten time for hearing, will and hereby does move the Court to strike said reply memorandum (Docket No. 19).

- 1 -

NOTICE OF MOTION AND MOTION TO STRIKE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE (DOCKET NO. 19) AND MOTION TO SHORTEN TIME

44015.0001.1244938.1

This motion to shorten time and motion to strike is supported by Plaintiff's memorandum of points and authorities in support of the motions and filed concurrently herewith.

DATED THIS 16th day of July, 2008.

                      HAWLEY TROXELL ENNIS & HAWLEY LLP

By: /s/ Steven F. Schossberger
Steven F. Schossberger, CA No. 178494
Attorneys for Plaintiff

- 2 -

NOTICE OF MOTION AND MOTION TO STRIKE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE (DOCKET NO. 19) AND MOTION TO SHORTEN TIME

44015.0001.1244938.1