Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>  Plaintiff,<br><br>vs<br><br>TOM COVERSTONE,<br><br>  Defendant | Case No. 3:08-CV00355 WQH-NLS<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND MOTION TO SHORTEN TIME<br><br>Date: July 21, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: William W. Hays, Magistrate Judge: Nida L. Stormes<br>Complaint filed: February 22, 2008<br>Trial Date: Not Set |

Plaintiff Hoyt A. Fleming submits this memorandum of points and authorities in support of his motion to strike the Reply to Plaintiff's Opposition to Defendant's Special Motion to Strike (Docket No. 19) and motion to shorten time fore hearing.

On July 14, 2008, Defendant Tom Coverstone filed his Reply to Plaintiff's Opposition to Defendant's Special Motion to Strike (Docket No. 19). The reply brief is fourteen (14) pages in length, excluding the cover page. Civil Rule 7.1(h) provides that, "No reply memorandum shall exceed ten (10) pages without leave of the judge." Coverstone has violated this rule.

Consequently, Fleming respectfully requests that the Court strike Coverstone's reply memorandum from the record due to Coverstone's noncompliance with Civil Rule 7.1(h).

- 1 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND MOTION TO SHORTEN TIME

44015.0001.1244931.1

1  RESPECTFULLY SUBMITTED THIS 16th day of July, 2008.

2                                        HAWLEY TROXELL ENNIS & HAWLEY LLP

By: /s/ Steven F. Schossberger
Steven F. Schossberger, CA No. 178494
Attorneys for Plaintiff

- 2 -