Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>Plaintiff,<br><br>vs<br><br>TOM COVERSTONE,<br><br>Defendant. | Case No. 3:08-CV00355 WQH-NLS<br><br>OBJECTION TO SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. § 425.16 (DOCKET NO. 19-3)<br><br>Date: July 21, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: William Q. Hays, Magistrate Judge: Nida L. Stormes<br>Complaint filed: February 22, 2008<br>Trial Date: Not Set |

COMES NOW Plaintiff Hoyt A. Fleming, by and through his counsel, Steven F. Schossberger of the law firm Hawley Troxell Ennis & Hawley LLP, and objects to Defendant Tom Coverstone's supplemental request for judicial notice in support of special motion to strike pursuant to CAL. CODE OF CIV. PROC. § 425.16 (Docket No. 19-3). Coverstone requests that this Court take judicial notice of certain documents attached to the supplemental notice of lodgment in support of special motion to strike pursuant to CAL. CODE OF CIV. PROC. § 425.16 (Docket No. 19-4) pursuant to Federal Rule of Evidence 201. Fleming objects to this request on three grounds. First, Civil Rule 7.1(f)(2) provides that the moving party submit all documentary evidence which the movant intends to submit in support of the motion, or other requests for ruling by the Court, shall be served and filed with the

- 1 -

OBJECTION TO SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. § 425.16 (DOCKET NO. 19-3)

44015 0001 1244951 1

notice of motion. Civil Rule 7.1 provides that the movant may file a reply memorandum of points and authorities only. Second, Federal Rule of Evidence 201 provides that the Court may take judicial notice of "adjudicative facts." FED. R. EVID. 201. Exhibits K and L are documents from the United States Patent and Trademark Office which do not constitute adjudicative facts under FED. R. EVID. 201. Third, the request should be denied under Federal Rule of Evidence 402 because Exhibits K and L are irrelevant to the pending motion to strike.

For each of the foregoing reasons, the Court should deny Coverstone's Supplemental Request for Judicial Notice (Docket No. 19-3).

RESPECTFULLY SUBMITTED THIS 16th day of July, 2008.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By: /s/ Steven F. Schossberger
    Steven F. Schossberger, CA No. 178494
    Attorneys for Plaintiff