Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>    Defendant. | Case No. 3:08-CV00355 WQH-NLS<br><br>CERTIFICATE OF SERVICE<br><br>Date: July 21, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: William W. Hays, Magistrate Judge: Nida L. Stormes<br>Complaint filed: February 22, 2008<br>Trial Date: Not Set |

STATE OF IDAHO    )
                 ) ss
County of Ada    )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the within entitled action. I am employed in the County of Ada, Idaho and my business address is 877 Main Street, Suite 1000, P.O. Box 1617, Boise, Idaho 83701.

On July 16, 2008, I caused to be served the following documents:

OBJECTION TO SUPPLEMENTAL REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE
PURSUANT TO CAL. CODE OF CIV. PROC. § 425.16
(DOCKET NO. 19-3)

☐   **By U.S. Mail:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is depositing with the U.S. Postal Service on that same day with postage thereon fully prepaid at Boise, Idaho in the ordinary course of business. I am

- 1 -

CERTIFICATE OF SERVICE

aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ By **Facsimile**: I caused such document to be transmitted by facsimile machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown above. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

☐ By **Fed Ex**: Via Federal Express overnight express carrier, by placing the document(s) in a sealed Federal Express envelope addressed to each person listed above (or on the attached Service List) with delivery fees prepaid or provided for; and depositing the document(s) in a box or other facility regularly maintained in Boise, Idaho by Federal Express, or by delivering the document(s) to an authorized courier or driver authorized by Federal Express to receive documents.

☒ By **Electronic Service Filing**: Complying with Fed. R. Civ. P. 5(b)(2)(d), my electronic business address is sfs@hteh.com and I caused such document(s) to be served for the above-entitled case to those parties listed on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ By **PERSONAL SERVICE**: I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Tri County Process Service on the parties listed below at their designated business address.

    ☐ By personally delivering the copies;

    ☐ By leaving the copies at the attorney's office;

        ☐ With a receptionist, or with a person having charge thereof; or

        ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

    ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| John D. Klinedinst<br>Gregor A. Hensrude<br>Daniel S. Agle<br>KLINEDINST PC<br>501 West Broadway, Suite 600<br>San Diego, CA 92101 | (619) 239-8131/Fax: (619) 238-8707<br>Attorneys for Defendant |
|---|---|

- 2 -

CERTIFICATE OF SERVICE

44015 0001 1244957 1

- 3 -

1  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Boise, Idaho, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Idaho that the above is true and correct.

Executed on July 16, 2008, at Boise, Idaho.

By: _____
Karen Foruria

- 3 -

CERTIFICATE OF SERVICE

44015 0001 1244957 1