Steven F. Schossberger, California Bar No. 178494
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>    Defendant. | Case No. 3:08-CV00355 WQH-NLS<br><br>NOTICE OF WITHDRAWAL OF MOTION TO AMEND COMPLAINT RE COUNT TWO (DEFAMATION)<br><br>Date: July 28, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: William W. Hayes<br>Magistrate Judge: Nida L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date: None Set |

Hoyt A. Fleming, by and through his counsel of record, Steven F. Schossberger of the law firm Hawley Troxell Ennis & Hawley LLP, hereby gives notice that he withdraws the motion to amend complaint regarding Count Two (defamation) of the proposed second amended complaint.

DATED THIS 16th day of July, 2008.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: /s/ Steven F. Schossberger
    Steven F. Schossberger, CA No. 178494
    Attorneys for Plaintiff

- 1 -