John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
jklinedinst@klinedinstlaw.com
ghensrude@klinedinstlaw.com
dagle@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>        Plaintiff,<br><br>    v.<br><br>TOM COVERSTONE,<br><br>        Defendant. | Case No.   3:08-cv-00355 WQH-NLS<br><br>**COVERSTONE'S OPPOSITION TO FLEMING'S MOTION TO STRIKE REPLY IN SUPPORT OF 12(B)(6) MOTION TO DISMISS**<br><br>Date            July 21, 2008<br>Time:           11:00 a.m.<br>Courtroom:  4<br>Judge:         William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date:   None set |

   This court should not strike Coverstone's reply brief in support of his Rule 12(b)(6) motion to dismiss because to do so would be unnecessary in light of the circumstances of the case. In response to Coverstone's 13 page memorandum of points and authorities in support of the motion, Fleming filed a 23 page opposition brief.

   In his opposition, Fleming not only addressed the First Amended Complaint and the causes of action set forth in Coverstone's moving papers, he also asserted that his proposed Second Amended Complaint could remedy the deficiencies by setting forth new and inconsistent arguments related to the defamation cause of action. In reply, Coverstone was forced to not only deal with the issues raised in the moving papers, but also respond to an alternate, as-yet presented argument (much of which was then withdrawn *after* the reply was filed). Coverstone also repeated some authority and argument in this and the anti-SLAPP reply brief in order to

make the briefing easier on the court and keep the two motions self-contained—as was noted in footnote 5 of the reply brief—and requested that the court make an allowance under the circumstances.

Although Coverstone's reply is slightly over-length, the length of the brief does not prejudice Fleming in any way. It is within the court's discretion to allow over-length briefs and such an allowance is warranted because the brief was only 2 pages over-length and the issues could not have been adequately addressed within the ten page limit.

Coverstone's counsel inadvertently omitted the table of contents and table of authorities when the reply brief was submitted. Coverstone's counsel apologizes to the court for this oversight. A copy of those tables is attached to this opposition as Exhibit "A" if the same would be of assistance to the court.

Therefore, Coverstone requests that the court deny Fleming's motion to strike the reply brief and that the court consider the reply in its entirety.[1]

KLINEDINST PC

DATED: July 18, 2008                By:   /s/ Gregor A. Hensrude
                                          JOHN D. KLINEDINST
                                          GREGOR A. HENSRUDE
                                          DANIEL S. AGLE
                                          Attorneys for Defendant
                                          TOM COVERSTONE

664875v1

---

[1] Even if the court determines that the reply brief is inappropriately long, at a minimum, the court should consider the first ten pages.

- 2 -

COVERSTONE'S OPPOSITION TO FLEMING'S MOTION TO STRIKE REPLY IN SUPPORT OF 12(B)(6) MOTION TO DISMISS
3:08-cv-00355 WQH-NLS

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101