John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
jklinedinst@klinedinstlaw.com
ghensrude@klinedinstlaw.com
dagle@klinedinstlaw.com

Attorneys for Defendant
TOM COVERSTONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HOYT A. FLEMING, | Case No. 3:08-cv-00355 WQH-NLS |
|---|---|
| Plaintiff, | **COVERSTONE'S OPPOSITION TO FLEMING'S MOTION TO STRIKE REPLY IN SUPPORT OF ANTI-SLAPP MOTION** |
| v. | |
| TOM COVERSTONE, | Date: July 21, 2008 |
| Defendant. | Time: 11:00 a.m. |
| | Courtroom: 4 |
| | Judge: William Q. Hayes |
| | Magistrate Judge: Nita L. Stormes |
| | Complaint Filed: February 22, 2008 |
| | Trial Date: None set |

    This court should not strike Coverstone's reply brief in support of the anti-SLAPP motion because to do so would be unnecessary in light of the circumstances of the case. In response to Coverstone's 13 page memorandum of points and authorities in support of the motion, Fleming filed a 24 page opposition brief.

    The length of the opposition is likely due to the fact that Fleming carries the burden of establishing a probability of prevailing on the merits. In his attempt to do so, Fleming not only addressed the First Amended Complaint and the causes of action set forth in Coverstone's moving papers, he also raised new and inconsistent arguments related to the defamation cause of action based on his proposed Second Amended Complaint. In reply, Coverstone was forced to not only deal with the issues raised in the moving papers, but also respond to an alternate, as-yet

presented argument (much of which was then withdrawn *after* the reply was filed). Coverstone also repeated some authority and argument in this and the Rule 12(b)(6) reply brief in order to make the briefing easier on the court and keep the two motions self-contained—as was noted in footnote 5 of the Rule 12(b)(6) reply brief—and requested that the court make an allowance under the circumstances.

Although Coverstone's reply is slightly over-length, the length of the brief does not prejudice Fleming in any way. In anti-SLAPP motions, the moving party must be afforded adequate opportunity to respond to the evidence and arguments presented by the non-moving party. Any other result would be unjust under the circumstances. It is within the court's discretion to allow over-length briefs and such an allowance is warranted because the brief was only 4 pages over-length and the issues could not have been adequately addressed within the ten page limit.

Therefore, Coverstone requests that the court deny Fleming's motion to strike the reply brief and that the court consider the reply in its entirety.[1]

KLINEDINST PC

DATED: July 18, 2008       By:  /s/ Gregor A. Hensrude
                                GREGOR A. HENSRUDE
                                Attorneys for Defendant
                                TOM COVERSTONE

664862v1

---

[1] Even if the court determines that the reply brief is inappropriately long, at a minimum, the court should consider the first ten pages.

- 2 -
COVERSTONE'S OPPOSITION TO FLEMING'S MOTION TO STRIKE REPLY IN SUPPORT OF
ANTI-SLAPP MOTION
3:08-cv-00355 WQH-NLS