# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING, | CASE NO. 08cv355 WQH (NLS) |
| Plaintiff, | **ORDER** |
| vs. | |
| TOM COVERSTONE, | |
| Defendant. | |

HAYES, Judge:

On October 17, 2008, the Court issued an Order (Doc. # 28) granting the Motion to Amend Complaint, and denying as moot the Motion to Strike Plaintiff's First Amended Complaint and Motion to Dismiss Plaintiff's First Amended Complaint. In light of the Court's October 17, 2008 Order, the Motion to Strike Reply to Response to Motion to Dismiss (Doc. # 21) and the Motion to Strike Reply to Plaintiff's Opposition to Motion to Strike (Doc. # 22) are **DENIED as moot.**

DATED: October 24, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge