FILED

2011 MAR -8  PM 4: 12

CLERK US DISTRICT CO...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ alf _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>Defendant. | Case No. 03:08 CV 355WQH-NLS<br><br>PRETRIAL ORDER<br><br>Date: March 15, 2011<br>Time: 9:00 a.m.<br>Courtroom: 4<br><br>Judge: William Q. Hayes<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: February 22, 2008<br>Trial Date: March 15, 2011 |

Following pretrial proceedings pursuant to FED. R. CIV. P. 16 and Civil Local Rule 16.1.f.6.

IT IS ORDERED:

## I.

Summary of the Nature of the Action:

This is an action for breach of contract filed by Plaintiff Hoyt A. Fleming against Defendant Tom Coverstone. Plaintiff claims that he and Defendant entered into a written contract in which Plaintiff agreed to sell and Defendant agreed to purchase a family of Plaintiff's patents and patent applications for one million dollars. Plaintiff claims that Defendant breached this contract. Plaintiff also claims that Defendant's breach of this contract caused harm to Plaintiff.

- 1 -

1    Defendant disputes that the he ever agreed to purchase the patents at issue.  Defendant

2    contends that he agreed to an option to purchase the patents.  Defendant contends that Plaintiff made

3    misrepresentations about the patents.  Finally, Defendant contends that Plaintiff has not been harmed.

4

5    The Parties Joint Designation of the Parties and the Current Pleadings:

6    Current Parties:
         1.    Plaintiff Hoyt Fleming
7        2.    Defendant Tom Coverstone

8    Current Pleadings:
         1.    Plaintiff Hoyt Fleming's Third Amended Complaint
9        2.    Defendant Tom Coverstone's Answer to Plaintiff's Third Amended
10              Complaint

11
                                        **II.**
12   Federal jurisdiction and venue are invoked upon the ground:  Plaintiff and Defendant are
     citizens of different States.  The amount of damages Plaintiff seeks in this action exceeds $75,000.
13

14                                      **III.**
     The following facts are admitted and require no proof:
15
         1.    The exhibits to be presented at this trial, as listed below, except for [F, AT, AU, AX,
16              AY, BJ, BK, BL, BX, CH, and CI], are all authentic for purposes of trial.

17       2.    Plaintiff has not returned the $10,000 that he was paid on January 23, 2008.

18       3.    Defendant did not purchase the patents at issue on February 15, 2008.

19       4.    Plaintiff and Defendant are citizens of different States.

20       5.    The amount of damages Plaintiff seeks in this action exceeds $75,000.

21
                                        **IV.**
22   The reservations as to the facts recited in paragraph III above are as follows: (Here set forth
     any objection reserved by any party as to the admissibility in evidence of any admitted fact and, if
23   desired by any party, limiting the effect of any issue of fact as provided by FED. R. CIV. P. 36(b).)
     Not applicable.
24

25                                      **V.**
     The following facts, though not admitted, are not to be contested at the trial by evidence to the
26   contrary:  Not applicable.

27                                     - 2 -

28   _____
                         PRETRIAL ORDER
                                              3:08 CV 355 WQH-NLS

     44015.0001.2157472.1

**VI.**

The following issues of fact, and no others, remain to be litigated upon the trial:

Issues of Fact:

1. Did Hoyt Fleming and Tom Coverstone enter into a written contract on January 22, 2008?

2. If Hoyt Fleming and Tom Coverstone did enter into a contract on January 22, 2008, do the e-mails exchanged and the surrounding circumstances constitute (a) an option agreement, or (b) a binding agreement to purchase/sell?  (Plaintiff objects to this issue. Plaintiff is suing Defendant for the breach of a written contract.  The characterization of "e-mails exchanged and the surrounding circumstances" is irrelevant.)

3. Does the phrase "agreed to purchase" as used in the written contact mean: "agreed to buy, *i.e.*, agreed to acquire by the payment of money" or "agreed to an option to purchase subject to due diligence and potentially go forward with the purchase"? (Defendant is taking no position on the meaning of this phrase, but Plaintiff believes it is in dispute as between these two meanings.)

4. Did Hoyt Fleming make misrepresentations about the patent family's ability to block Uniden from the GPS enabled radar detector space? (Plaintiff objects to this issue, subject to motion in limine)

5. Were Tom Coverstone and Hoyt Fleming mistaken about the patent family's ability to block Uniden from the GPS enabled radar detector space? (Plaintiff objects to this issue, subject to motion in limine)

6. Would Tom Coverstone had sent his "Agreed" e-mail had he known about the mistake? (Plaintiff objects to this issue, subject to motion in limine)

7. Did Teresa Fleming agree to sign assignment documents at closing and, if so, when? (Plaintiff objects to this issue, subject to motion in limine)

8. Is Teresa Fleming a party to the alleged agreement? (Plaintiff objects to this issue, subject to motion in limine)

9. Did the Vineyard Boise church agree to assign 10% of Hoyt Fleming's patent portfolio at closing and, if so, when? (Plaintiff objects to this issue, subject to motion in limine)

10. Is Vineyard Boise a party to the alleged agreement? (Plaintiff objects to this issue, subject to motion in limine)

11. Was Hoyt Fleming's plan to assign a 10% interest to the Vineyard Boise church an illegal attempt to avoid paying taxes on the full $1,000,000 purchase price? (Plaintiff objects to this issue, subject to motion in limine)

- 3 -

12.   If it is found that Hoyt Fleming and Tom Coverstone entered into an agreement on January 22, 2008, could Plaintiff perform his obligations under that agreement if he had already transferred 10% of that interest to a third party? (Plaintiff objects to this issue as the issue is redundant with issue number 16, subject to motion in limine)

13.   Was Tom Coverstone acting in a representative capacity when dealing with Hoyt Fleming rather than as an individual? (Plaintiff objects to this issue, subject to motion in limine)

14.   Are the patents in Hoyt Fleming's patent portfolio either invalid or unenforceable? (Plaintiff objects to this issue, subject to motion in limine)

15.   Did Tom Coverstone clearly and positively indicate, by words or conduct, that he would not meet the contract requirements?

16.   Would Hoyt Fleming have been able to fulfill the terms of the contract?

17.   Was Hoyt Fleming excused from having to do all, or substantially all, of the significant things that the contract required him to do?

18.   Did Tom Coverstone fail to do something that the contract required him to do?

19.   What [is/was] the fair market value of Hoyt Fleming's patent portfolio? (Plaintiff and Defendant disagree on relevant time period for valuation.  See discussion on Plaintiff's jury instructions 31A and 31B and Defendant's instruction Nos. 10-12  Plaintiff believes the relevant date for valuation was the alleged date of performance/breach, February 15, 2008.

20.   Was Hoyt Fleming harmed by Coverstone's failure to do something that the contract required him to do?

21.   If it is determined that Hoyt Fleming was damaged, whether Hoyt Fleming used reasonable efforts to mitigate his damages?

22.   If Hoyt Fleming could have avoided some or all of his damages through reasonable efforts, how much could he have avoided?

23.   Would the recovery requested by Hoyt Fleming put him in a better position than had Tom Coverstone purchased the patent portfolio?  See discussion in context of Plaintiffs jury instructions 31A, 31B and Defendants' jury instruction Nos. 10-12. Plaintiff objects to this issue because only damages actually awarded by a jury need to be reasonable.  If the jury finds Fleming's damage request to be unreasonable, then the jury should, pursuant to CACI 350, award an amount of money that "will reasonably compensate" Fleming.  There is no need for the jury to make any separate determination as to the reasonableness or unreasonableness of Fleming's damage request.

- 4 -

24. Is the recovery requested by Fleming unconscionable and grossly oppressive, contrary to substantial justice, or unreasonable?  (See also discussion in objections to Defendants' jury instruction No. 11.  Plaintiff objects to this issue because only damages actually awarded by a jury need to be reasonable.  If the jury finds Fleming's damage request to be unreasonable, then the jury should, pursuant to CACI 350, award an amount of money that "will reasonably compensate" Fleming.  There is no need for the jury to make any separate determination as to the reasonableness or unreasonableness of Fleming's damage request.

25. What are Hoyt Fleming's damages?

## VII.

The exhibits to be offered at the trial, together with a statement of all admissions by and all issues between the parties with respect thereto, are as follows:

| Exhibit Number | Bates Range or Description | Status | PTLF's Objections | DEF's Objections |
|---|---|---|---|---|
| 1 | FLEMING 02364 | Expects | | 801 – Hearsay |
| 2 | FLEMING 02365–02366 | Expects | | 801 - Hearsay |
| 3 | Motion Exhibit, Docket 16-5, Exh. Q | Expects | | |
| 4 | FLEMING 07298 - 07304 | Expects | | |
| 5 | FLEMING 07496 - 07505 | Expects | | |
| 6 | FLEMING 07821 - 07830 | Expects | | |
| 7 | FLEMING 1745 | Expects | | 801 – Hearsay |
| 8 | FLEMING 2094 | Expects | | |
| 9 | GMT 00010 | May | | 801 – Hearsay; 701/702 – Improper opinion |
| 10 | GMT 00011 - 00029 | May | | |
| 11 | GMT 00033 - 00069 | May | | |
| 12 | GMT 000123 - 00127 | May | | |
| 13 | GMT 00138 | May | | 801 – Hearsay |
| 14 | GMT 00171 | Expects | | 801 – Hearsay; 701/702 – Improper opinion |
| 15 | GMT 01558 | Expects | | |

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| Exhibit Number | Bates Range or Description | Status | PTLF's Objections | DEF's Objections |
|---|---|---|---|---|
| 16 | GMT 00272 - 00274 | May | | 801 – Hearsay; 404/608 – Improper character evidence |
| 17 | GMT 00844 | May | | 801 – Hearsay |
| 18 | GMT 01612 | Expects | | |
| 19 | GMT 00386 - 00387 | Expects | | 801 – Hearsay; 701/702 – Improper opinion |
| 20 | GMT 00395 | May | | |
| 21 | Coverstone Deposition Exhibit 31 | May | | |
| 22 | FLEMING 011774 - 011779 | May | | |
| 23 | FLEMING 002550 - 002753, selected pages | May | | |
| 24 | Reserved | | | |
| 25 | GMT 01794 | Expects | | |
| 26 | GMT 01812 | May | | |
| 27 | GMT 01833 | Expects | | |
| 28 | GMT 01834 | Expects | | |
| 29 | GMT 01848 | Expects | | |
| 30 | Reserved | | | |
| 31 | FLEMING 002546 | Expects | | |
| 32 | FLEMING 002544 | Expects | | |
| 33 | FLEMING 002542 | Expects | | 801 - Hearsay |
| 34 | GMT 01881 | Expects | | |
| 35 | FLEMING 003189 | Expects | | 801 – Hearsay |
| 36 | FLEMING 003187 | Expects | | 801 – Hearsay |
| 37 | FLEMING 003215 | Expects | | 801 – Hearsay |
| 38 | Reserved | | | |
| 39 | FLEMING 003216 | Expects | | 801 – Hearsay |
| 40 | Reserved | | | |
| 41 | Reserved | | | |
| 42 | Reserved | | | |
| 43 | Reserved | | | |

- 6 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

| Exhibit Number | Bates Range or Description | Status | PTLF's Objections | DEF's Objections |
|---|---|---|---|---|
| 44 | FLEMING 013876 - 013882 | Expects | | Objection; anti-SLAPP order |
| 45 | FLEMING 013883 - 013888 | Expects | | Objection; anti-SLAPP order |
| 46 | FLEMING 013889 - 013890 | Expects | | 801 – Hearsay; Objection; anti-SLAPP order |
| 47 | FLEMIG 013891 - 013896 | Expects | | Objection; anti-SLAPP order |
| 48 | Reynolds Deposition Exhibit 1 | Expects | | Objection; anti-SLAPP order |
| 49 | GMT 01739 | May | | |
| 50 | FLEMING 0089999 - 009163, selected pages | May | | |
| 51 | GUA 000007 – 000028, dated 6/7/03 (Exhibit 48 to the Deposition of Coverstone) | Expects | | Subject to confidentiality |
| 52 | Demonstrative Exhibit | | | |
| 53 | Demonstrative Exhibit | | | |
| 54 | Demonstrative Exhibit | | | |
| 56 | Demonstrative Exhibit | | | |
| 57 | Demonstrative Exhibit | | | |
| 58 | Demonstrative Exhibit | | | |
| 59 | Demonstrative Exhibit | | | |
| 60 | Demonstrative Exhibit | | | |
| 61 | Demonstrative Exhibit | | | |
| 62 | Demonstrative Exhibit | | | |

| | | | | |
|---|---|---|---|---|
| A | Profile of Hoyt Fleming (Exhibit 1 to the Deposition of H. Fleming, Vol. 1) | May | | |
| B | Revenue Ruling 78-197 from Planned Giving Design Center website  (Exhibit 25 to the | May | (Subject to Motion in Limine) | |

- 7 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

| | | | | |
|---|---|---|---|---|
| | | Deposition of H. Fleming, Vol. 1) (Fleming 002251) | | Not Relevant, Misleading | |
| | C | Handwritten list of key numbers (Exhibit 19 to the Deposition of M. Dowler, Vol. 1) | Expect | Hearsay, Improper Opinion, Lack of Personal Knowledge | |
| | D | Document entitled "Escort Patent Family" (GMT 1944) | Expect | (Subject to Motion in Limine) Hearsay, Improper Opinion | |
| | E | Claim Chart regarding Method and Apparatus for Alerting an Operator of a Motor Vehicle to an Incoming Radar Signal (Exhibit 21 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay, Improper Opinion, Not Relevant | |
| | F | Handwritten notes, undated (Original of document GMT001948) | Expect | Hearsay, Improper Opinion, Lack of Personal Knowledge | |
| | G | Agreement (Subject to Protective Order) (GUA001-6) | Expect | Hearsay | |
| | H | Agreement (Subject to Protective Order) (GUA007-28) | Expect | Hearsay | |
| | I | Transaction History from USPTO re: Patent No. 6,204,798 | May | (Subject to Motion in Limine), Not Relevant | |
| | J | Transaction History from USPTO re: Reissue No. 039,038 | May | (Subject to Motion in Limine) ), Not Relevant | |
| | K | Transaction History from USPTO re: Patent Application No. | May | (Subject to Motion in | |

- 8 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| | | 11/196,841 | | (Subject to Motion in Limine), Not Relevant |
| L | | Transaction History from USPTO re: Patent Application No. 11/924,352 | May | (Subject to Motion in Limine), Not Relevant, Misleading |
| M | | Statement of Inoperativeness or Invalidity of Original Patent, 27 CFR 1.175 signed by H. Fleming, dated January 28, 2003 (Exhibit 54 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Misleading |
| N | | Patent profile for United State Patent number 6,670,905, dated December 30, 2003 and printed from United States Patent and Trademark Office | May | (Subject to Motion in Limine), Not Relevant |
| O | | Reissue Declaration for Method and Apparatus for Alerting an Operator of a Motor Vehicle to and Incoming Radar Signal signed by H. Fleming, dated December 21, 2004 (Exhibit 82 to the Deposition of H. Fleming, Vol. 2) | May | (Subject to Motion in Limine), Not Relevant, Misleading |
| P | | Reissue Declaration for Method and Apparatus for Alerting an Operator of a Motor Vehicle to and Incoming Radar Signal signed by H. Fleming, dated August 2, 2005 (Exhibit 83 to the Deposition of H. Fleming, Vol. 2) | May | (Subject to Motion in Limine), Not Relevant, Misleading |
| Q | | Office Action for patent application 10/396,881, dated November 14, 2005 | Expect | (Subject to Motion in Limine), Not Relevant, Misleading |

- 9 -

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| R | E-mail string ending with e-mail from M. Dowler to H. Fleming, dated February 15, 2007 (Exhibit 1 to the Deposition of M. Dowler and Exhibit 55 to the Deposition of H. Fleming, Vol. 1) (Fleming 001659) | Expect | Hearsay, Improper Opinion, Not Relevant | |
| S | E-mail string ending with e-mail from M. Dowler to H. Fleming, dated March 6, 2007 (Exhibit 2 to the Deposition of M. Dowler and Exhibit 86 to the Deposition of H. Fleming, Vol. 2) (Fleming 001717) | Expect | Hearsay, Improper Opinion, Not Relevant | |
| T | E-mail from H. Fleming to P. Detkin, dated June 25, 2007 at 6:16:54 p.m. (Exhibit 62 to the Deposition of H. Fleming, Vol. 2) (Fleming 001773) | May | | |
| U | E-mail from H. Fleming to E. McInerney, dated June 25, 2007 at 3:44:58 p.m. (Exhibit 78 to the Deposition of H. Fleming, Vol. 2) (Fleming 001745) | May | | |
| V | E-mail string with e-mail ending from P. Detkin to H. Fleming, dated June 26, 2007 (Exhibit 63 to the Deposition of H. Fleming, Vol. 2) (Fleming 001774) | May | Hearsay | |
| W | E-mail from H. Fleming to clients, dated July 20, 2007 at 12:51:56 p.m. (Exhibit 69 to the Deposition of H. Fleming, Vol. 2) (Fleming 001835) | May | | |
| X | E-mail string ending with e-mail from M. Booth to H. Fleming, dated July 27, 2007 at 9:23:08 a.m. (Exhibit 75 to the Deposition of H. Fleming, Vol. 2) (Fleming 001898) | Expect | Hearsay | |
| Y | E-mail from H. Fleming to M. Booth, dated July 29, 2007. (Fleming 001908-1909) | Expect | Hearsay | |

- 10 -

44015.0001.2157472.1

| | | | | | |
|---|---|---|---|---|---|
| Z | E-mail forwarded from H. Fleming to R. Harb, dated August 2, 2007 (Exhibit 65 to the Deposition of H. Fleming, Vol. 2) (Fleming 001966) | May | | | |
| AA | E-mail from C. Elston to H. Fleming, dated August 7, 2007 (Exhibit 66 to the Deposition of H. Fleming, Vol. 2) (Fleming 001980) | May | | | |
| AB | E-mail string ending with e-mail from H. Fleming to C. Elston, dated August 14, 2007 (Exhibit 67 to the Deposition of H. Fleming, Vol. 2) (Fleming 001971-1972) | Expect | | | |
| AC | E-mail string ending with e-mail from C. Elston to H. Fleming, dated August 17, 2007 (Exhibit 68 to the Deposition of H. Fleming, Vol. 2) (Fleming 001967-1968) | Expect | Hearsay | |
| AD | E-mail from H. Fleming to R. Epstein, dated August 18, 2007 (Exhibit 76 to the Deposition of H. Fleming, Vol. 2) (Fleming 002019) | May | | | |
| AE | E-mail string ending with e-mail from M. Dowler to H. Fleming, dated August 25, 2007 at 2:55:50 p.m. (Exhibit 4 to the Deposition of M. Dowler and Exhibit 88 to the Deposition of H. Fleming, Vol. 2) (Fleming 002095) | Expect | (Subject to Motion in Limine), Not Relevant Hearsay, Improper Opinion, Lack of Personal Knowledge | |
| AF | E-mail string ending with e-mail from H. Fleming to M. Dowler, dated August 25, 2007 at 4:50:29 p.m. (Exhibit 5 to the Deposition | Expect | (Subject to Motion in Limine), Not | |

- 11 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| | | of M. Dowler and Exhibit 89 to the Deposition of H. Fleming, Vol. 2) (Fleming 002124-2125) | | Relevant Hearsay, Improper Opinion, Lack of Personal Knowledge | |
| | AG | E-mail from M. Dowler to T. Coverstone, dated October 8, 2007. (GMT01508) | Expect | | |
| | AH | E-mail from T. Coverstone to M. Dowler, dated October 11, 2007. (GMT01515) | Expect | | |
| | AI | Reissue Declaration for Method and Apparatus for Alerting an Operator of a Motor Vehicle to and Incoming Radar Signal signed by H. Fleming, dated October 25, 2007 (Exhibit 84 to the Deposition of H. Fleming, Vol. 2) | May | (Subject to Motion in Limine), Not Relevant, Misleading | |
| | AJ | Supplemental Reissue Declaration for Intelligent Radar Detector signed by H. Fleming, dated November 5, 2007 (Exhibit 85 to the Deposition H. Fleming, Vol. 2) | May | (Subject to Motion in Limine), Not Relevant, Misleading | |
| | AK | E-mail from H. Fleming to M. Dowler with attachment, dated December 7, 2007 at 5:23:10 p.m. (Exhibit 92 to the Deposition of H. Fleming, Vol. 2) (Fleming 002170-2181) | Expect | (Subject to Motion in Limine), Not Relevant, Misleading | |
| | AL | E-mail string ending with e-mail from T. Coverstone to M. Dowler, dated December 7, 2007 at 11:02 a.m. (Exhibit 8 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay, Not Relevant | |
| | AM | E-mail string ending with e-mail from M. Dowler to patpend@sbcglobal.net, dated December 28, 2007 at 10:45 a.m. (Exhibit 25 to the Deposition of | May | Hearsay, Not Relevant | |

- 12 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | M. Dowler, Vol. 1) | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | AN | E-mail from M. Dowler to T. Coverstone, dated January 2, 2008 at 9:50 a.m. (Exhibit 28 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay | |
| 3 | | | | | |
| 4 | AO | E-mail string ending with e-mail from M. Dowler to T. Coverstone, dated January 2, 2008 at 4:37 p.m. (Exhibit 29 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay, Improper Opinion | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | AP | E-mail from H. Fleming to M. Dowler, dated January 3, 2008 at 7:55:36 a.m. (Exhibit 30 to the Deposition of M. Dowler and Exhibit 95 to the Deposition of H. Fleming, Vol. 2) (Fleming 002186) | Expect | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | AQ | E-mail from M. Dowler to T. Coverstone, dated January 3, 2008 at 9:23 a.m. (Exhibit 31 to the Deposition of M. Dowler, Vol. 1) (GMT 001604) | May | Hearsay, Improper Opinion, Lack of Personal Knowledge | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | AR | E-mail string ending with e-mail from M. Dowler to T. Coverstone, dated January 8, 2008 at 10:52 a.m. (Exhibit 42 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay, Not Relevant, Improper Opinion | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | AS | E-mail string ending with e-mail from T. Coverstone to M. Dowler, dated January 8, 2008 at 11:10 a.m. (Exhibit 43 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay, Not Relevant, Improper Opinion | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | AT | Handwritten notes dated January 9, 2008 (GMT 1923-1925) | Expect | Hearsay | |
| 22 | AU | Handwritten noted dated January 9, 2008 (GMT 1928-1930) | Expect | Hearsay | |
| 23 | | | | | |
| 24 | AV | E-mail from H. Fleming to B. Frazer, dated January 15, 2008 at 8:33:53 a.m. (Exhibit 5 to the Deposition of H. Fleming, Vol. 1) (Fleming 002209) | May | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | - 13 - | | | |
| 28 | | PRETRIAL ORDER | | | |

| | | | | |
|---|---|---|---|---|
| AW | E-mail string ending with e-mail from M. Dowler to T. Coverstone, dated January 17, 2008 (Exhibit 47 to the Deposition of M. Dowler, Vol. 1) | May | | |
| AX | Handwritten notes dated January 22, 2008 (GMT 1922; GMT 1926) | Expect | Hearsay | |
| AY | Handwritten notes dated January 22, 2008 (GMT 1931-1932) (Original) | Expect | Hearsay | |
| AZ | E-mail from M. Dowler to T. Coverstone, dated January 22, 2008 at 11:44 a.m. (Exhibit 49 to the Deposition of M. Dowler, Vol. 1) | May | Hearsay | |
| BA | E-mail from H. Fleming to T. Coverstone, dated January 22, 2008 at 1:31 p.m. (GMT01746) | Expect | (Subject to Motion in Limine), Not Relevant | |
| BB | E-mail from H. Fleming to T. Coverstone, dated January 22, 2008 at 1:31 p.m. (Exhibit 7 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant | |
| BC | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated January 22, 2008 at 6:11 p.m. (GMT01747-1748) | Expect | (Subject to Motion in Limine), Not Relevant | |
| BD | Request for wire transfer, dated January 22, 2008 (GMT01945-1947) | Expect | Hearsay, Not Relevant | |
| BE | Wire transfer, dated January 22, 2008 | Expect | Hearsay, Not Relevant | |
| BF | Assignment, dated January 22, 2008 (GMT01927) | Expect | Hearsay, Not Relevant | |
| BG | E-mail string ending with e-mail from guardianmediatech@sbcglobal.co | Expect | (Subject to Motion in Limine), | |

- 14 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| | m to T. Coverstone and H. Fleming, dated January 23, 2008 (Exhibit 9 to the Deposition of H. Fleming, Vol. 1) | | Not Relevant | |
| BH | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated January 24, 2008 (Exhibit 10 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant | |
| BI | E-mail string ending with e-mail from T. Coverstone to CWINSLADE@mcandrews-ip.com, dated January 28, 2008 (GMT001960) | Expect | Hearsay | |
| BJ | Handwritten notes dated January 28, 2008 (GMT01933) | Expect | Hearsay, Not Relevant | |
| BK | Handwritten notes dated January 28, 2008 (GMT01943) | Expect | (Subject to Motion in Limine), Hearsay, Improper Opinion | |
| BL | Handwritten notes dated January 29, 2009 (GMT01934) | Expect | (Subject to Motion in Limine), Hearsay, Not Relevant | |
| BM | E-mail from H. Fleming to T. Coverstone with attachment, dated January 29, 2008 at 9:16 a.m. (Exhibit 11 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| BN | E-mail from H. Fleming to T. Coverstone with attachment, dated January 29, 2008 at 10:00 a.m. (Exhibit 12 to the Deposition of H. Fleming, Vol. 1) | May | (Subject to Motion in Limine), Hearsay, Not Relevant | |
| BO | E-mail from H. Fleming to T. Coverstone with attachment, dated January 29, 2008 at 11:17 a.m. | May | (Subject to Motion in Limine), | |

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| 1 | | (Exhibit 13 to the Deposition of H. Fleming, Vol. 1) | | Not Relevant | |
| 2–5 | BP | E-mail string ending with e-mail from T. Coverstone to H. Fleming with attachment, dated January 29, 2008 at 3:07 p.m. (Exhibit 14 to the Deposition of H. Fleming, Vol. 1) | May | (Subject to Motion in Limine), Hearsay, Not Relevant | |
| 6–8 | BQ | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated January 29, 2008 (GMT01773-1774) | May | (Subject to Motion in Limine), Not Relevant | |
| 9–11 | BR | E-mail from H. Fleming to T. Coverstone with attachment, dated January 29, 2008 at 10:39 a.m. (Exhibit 16 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant | |
| 12–14 | BS | E-mail string ending with e-mail from H. Fleming to B. Frazer, dated January 29, 2008 at 2:51:37 p.m. (Exhibit 17 to the Deposition of H. Fleming, Vol. 1) (Fleming 002460-2461) | Expect | Hearsay, Not Relevant | |
| 15–17 | BT | E-mail from H. Fleming to C. Miles, dated January 29, 2008 at 10:56 a.m. (Exhibit 18 to the Deposition of H. Fleming, Vol. 1) | Expect | Not Relevant | |
| 18–20 | BU | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated January 29, 2008 at 10:59 a.m. (Exhibit 19 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant | |
| 21–23 | BV | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated January 29, 2008 at 12:23 p.m. (Exhibit 20 to the Deposition of H. Fleming, Vol. 1) | Expect | Hearsay, Not Relevant | |
| 24–26 | BW | E-mail string ending with e-mail from T. Coverstone to J. Hill, dated January 30, 2008 (GMT01778-1780) | Expect | (Subject to Motion in Limine), Hearsay, Not | |

- 16 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| | | | |
|---|---|---|---|
| | | | Relevant, Improper Opinion |
| BX | Handwritten notes dated January 31, 2008 (GMT01935-1937) | Expect | (Subject to Motion to Strike), Hearsay, Not Relevant |
| BY | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated January 31, 2008 at 8:39 a.m. (Exhibit 21 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), not Relevant, Hearsay |
| BZ | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated January 31, 2008 at 9:43 a.m. (Exhibit 22 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), not Relevant, Hearsay |
| CA | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated January 31, 2008 at 1:05 p.m. (Exhibit 23 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Hearsay, Not Relevant, Improper Opinion |
| CB | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated January 31, 2008 at 1:59 p.m. (Exhibit 24 the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Hearsay, Not Relevant, Improper Opinion |
| CC | E-mail string ending with e-mail from M. Dowler to T. Coverstone, dated January 31, 2008 at 1:32 p.m. (Exhibit 52 to the Deposition of M. Dowler, Vol. 1) | May | |
| CD | E-mail string ending with e-mail from T. Coverstone to M. Dowler, dated January 31, 2008 at 1:48 | May | |

- 17 -

| | | | | |
|---|---|---|---|---|
| | | p.m. (Exhibit 53 to the Deposition of M. Dowler, Vol. 1) | | |
| | CE | E-mail string ending with e-mail from M. Dowler to T. Coverstone, dated January 31, 2008 (Exhibit 54 to the Deposition of M. Dowler, Vol. 1) | May | |
| | CF | E-mail from T. Coverstone to H. Fleming, dated February 1, 2008 at 10:28 a.m. (Exhibit 26 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Hearsay, Not Relevant |
| | CG | E-mail string ending with e-mail from T. Coverstone to J. Hill, dated February 1, 2008 (GMT01804-1806) | Expect | (Subject to Motion in Limine), Hearsay, Not Relevant, Improper Opinion |
| | CH | Handwritten notes dated February 2, 2008 (GMT01938-1939) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay |
| | CI | Handwritten notes dated February 2, 2008 through February 9, 2008 (GMT01940-1941) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay |
| | CJ | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 5, 2008 at 2:36 p.m. (Exhibit 27 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant |
| | CK | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 5, 2008 at 2:41 p.m. (Exhibit 28 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant |

- 18 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| CL | E-mail from H. Fleming to T. Coverstone with attachment, dated February 6, 2008 at 11:49 a.m. (Exhibit 29 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| CM | E-mail from T. Coverstone to H. Fleming, dated February 6, 2008 at 1:41 p.m. (Exhibit 30 to the Deposition of H. Fleming, Vol. 1) | Expect | Hearsay | |
| CN | E-mail from H. Fleming to T. Coverstone with attachment, dated February 6, 2008 at 2:53 p.m. (Exhibit 31 to the Deposition of H. Fleming, Vol. 1) | Expect | Hearsay | |
| CO | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 6, 2008 at 2:40 p.m. (Exhibit 32 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |
| CP | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 6, 2008 at 3:00 p.m. (Exhibit 33 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |
| CQ | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 6, 2008 at 3:07 p.m. (Exhibit 34 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |
| CR | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 6, 2008 at 3:54 p.m. (Exhibit 35 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |
| CS | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 6, 2008 at 3:40 p.m. (Exhibit 37 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant | |

- 19 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| CT | E-mail from H. Fleming to T. Coverstone, dated February 7, 2008 | Expect | (Subject to Motion in Limine), Not Relevant | |
| CU | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 7, 2008 at 8:43 a.m. (Exhibit 36 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |
| CV | E-mail from H. Fleming to T. Coverstone, dated February 7, 2008 at 8:06 p.m. (Exhibit 38 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| CW | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 8, 2008 at 8:34 a.m. (Exhibit 39 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| CX | E-mail from T. Coverstone to H. Fleming, dated February 8, 2008 at 8:37 p.m. (Exhibit 40 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| CY | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 9, 2008 at 10:43 a.m. (Exhibit 41 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| CZ | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 9, 2008 at 12:27 p.m. (Exhibit 42 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| DA | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 9, 2008 at 7:16 p.m. (Exhibit 43 to the Deposition of H. Fleming, Vol. 1) | Expect | | |
| DB | E-mail string ending with e-mail from T. Coverstone to CWINSLADE@mcandrews- | Expect | (Subject to Motion in Limine), | |

- 20 -

PRETRIAL ORDER

44015.0001.2157472.1

|  | | | |
|---|---|---|---|
| | ip.com, dated February 12, 2008 (GMT001961-1965) | | Hearsay, Not Relevant, |
| DC | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 12, 2008 (Exhibit 45 to the Deposition of H. Fleming, Vol. 1) | Expect | |
| DD | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 13, 2008 at 11:03 p.m. | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay |
| DE | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 13, 2008 at 10:52 p.m. (Exhibit 46 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay |
| DF | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 14, 2008 at 2:51 p.m. | Expect | |
| DG | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 15, 2008 at 10:31 a.m. (Exhibit 49 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant |
| DH | E-mail string ending with e-mail from H. Fleming to T. Coverstone, dated February 15, 2008 at 4:22 p.m. (Exhibit 50 to the Deposition of H. Fleming, Vol. 1) | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay, |
| DI | E-mail string ending with e-mail from T. Coverstone to H. Fleming, dated February 15, 2008 at 7:30 p.m. (Exhibit 51 to the Deposition of H. Fleming, Vol. 1) | May | (Subject to Motion in Limine), Not Relevant, Hearsay |
| DJ | E-mail from H. Fleming to T. Coverstone, dated February 16, | May | Not Relevant, |

- 21 -

PRETRIAL ORDER

44015.0001.2157472.1

| | | 2008 (GMT 1914) | | 408 | |
|---|---|---|---|---|---|
| 1 | DK | Complaint and Demand for Jury Trial regarding Idaho District Court case *Fleming v. Coverstone*, Case 1:08-cv-00081-LMB, dated February 16, 2008 (Exhibit 57 to the Deposition of H. Fleming, Vol. 2) | May | (Subject to Motion in Limine), Not Relevant | |
| | DL | E-mail from H. Fleming to E. McInerney, dated February 19, 2008 (Exhibit 79 to the Deposition of H. Fleming, Vol. 2) (Fleming 003215) | May | | |
| | DM | E-mail string ending with e-mail from E. McInerney to H. Fleming, dated February 20, 2008 at 8:00:13 a.m. (Exhibit 80 to the Deposition of H. Fleming, Vol. 2) (Fleming 003217) | May | | |
| | DN | E-mail string ending with e-mail from H. Fleming to E. McInerney, dated February 20, 2008 at 8:24:35 a.m. (Exhibit 81 to the Deposition of H. Fleming, Vol. 2) (Fleming 003216) | May | | |
| | DO | Exclusivity Agreement, dated effective February 21, 2008 – designated "Highly Confidential – Attorney's Eyes Only" (Subject to Protective Order) (GMT001949-1953) | May | Hearsay | |
| | DP | Complaint in *Fleming v. Escort Inc., et al.* Idaho District Court Case No. 1:09-cv-000105-BLW, filed March 10, 2009. | Expect | (Subject to Motion in Limine), Not Relevant | |
| | DQ | Affidavit of Counterdefendant Teresa Fleming in Support of Motion to Dismiss Defendant's Declaratory Judgment Count Against Teresa Fleming regarding *Fleming v. Coverstone*, Southern California District Court Case No. | Expect | (Subject to Motion in Limine), Not Relevant, Hearsay | |

- 22 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| | | | | |
|---|---|---|---|---|
| | | 08-cv-355 QH-NLS, filed April 13, 2009 (Exhibit 58 to the Deposition of T. Fleming) | | |
| | DR | Supplemental Affidavit of Counterdefendant Teresa Fleming in Support of Motion to Dismiss Defendant's Declaratory Judgment Count Against Teresa Fleming regarding *Fleming v. Coverstone*, Southern California District Court Case No. 08-cv-355 QH-NLS, filed April 24, 2009 (Exhibit 59 to the Deposition of T. Fleming) | Expect | (Subject to Motion in Limine), Not Relevant |
| | DS | Affidavit of Third Party Defendant Teresa Fleming in Support of Motion to Dismiss Defendant's Declaratory Judgment Count regarding *Fleming v. Coverstone*, Southern California District Court Case No. 08-cv-355 QH-NLS, filed July 1, 2009 (Exhibit 60 to the Deposition of T. Fleming) | Expect | (Subject to Motion in Limine), Not Relevant |
| | DT | U.S Consumer Electronics Sales & Forecasts 2002-2007, dated February 19, 2007 (Fleming 01660 – 01714) | May | Hearsay, Improper Expert Opinion |
| | DU | Letter from Steve Malin to H. Fleming, dated March 6, 2007 (Fleming 02428 – 02429) | May | Hearsay, Improper Expert Opinion |
| | DV | E-mail from T. Coverstone to H. Petri, dated February 1, 2008 (GMT 01807) | May | Hearsay |
| | DW | E-mail from T. Coverstone to H. Petri, dated February 2, 2008 (GMT 01824) | May | (Subject to Motion in Limine), Not Relevant, Hearsay |
| | DX | E-mail string between T. Coverstone and H. Petri, dated February 6, 2008 (GMT 01852) | May | Hearsay, Not Relevant |

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| | | | |
|---|---|---|---|
| DY | E-mail from T. Coverstone to H. Petri, dated February 6, 2008 (GMT 01862) | May | (Subject to Motion in Limine), Hearsay, Not Relevant |
| DZ | E-mail from T. Coverstone to H. Petri, dated February 8, 2008 (GMT 01871) | May | Hearsay, Not Relevant |
| EA | E-mail from T. Coverstone to H. Petri, dated February 9, 2008 (GMT 01876) | May | (Subject to Motion in Limine), Hearsay, Not Relevant |
| EB | E-mail from H. Fleming to T. Coverstone, dated February 11, 2008 (FLEMING 03203) | May | |
| EC | E-mail string between H. Fleming and T. Coverstone, dated February 11-12, 2008 (FLEMING 03196) | May | |
| ED | E-mail string between T. Coverstone and H. Petri, dated February 2-4, 2008 (GMT 01833) (Exhibit 6 to the Deposition of Coverstone) | May | (Subject to Motion in Limine), Hearsay, Not Relevant |
| EE | T. Coverstone's Special Interrogatories to H. Fleming, Set One | Expect | |
| EF | H. Fleming's Response to T. Coverstone's Special Interrogatories, Set One | Expect | |
| EG | H. Fleming's Response to T. Coverstone's Special Interrogatories, Set Two | Expect | (Subject to Motion in Limine), Not Relevant |
| EH | H. Fleming's Response to T. Coverstone's Request for Admissions, Set One | Expect | (Subject to Motion in Limine), Not Relevant |

- 24 -

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

| EI | H. Fleming's Response to T. Coverstone's Request for Admissions, Set Two | Expect | (Subject to Motion in Limine), Not Relevant | |
|----|------|------|------|---|
| EJ | Demonstrative Exhibit | May | | |
| EK | Demonstrative Exhibit | May | | |
| EL | Demonstrative Exhibit | May | | |
| EM | Demonstrative Exhibit | May | | |
| EN | Demonstrative Exhibit | May | | |
| EO | Reserved | May | | |
| EP | Reserved | May | | |
| EQ | Reserved | May | | |
| ER | Reserved | May | | |
| ES | Reserved | May | | |

## VIII.

A list of witnesses to be called by plaintiff and defendant.

Plaintiff's witnesses:

    1.    Hoyt Fleming;

    2.    Tom Coverstone;

    3.    Mike Dowler (in person and/or by deposition);

    4.    Jim Boyd (in person and/or by deposition if required);

    5.    Teresa Fleming (in person and/or by deposition if required); and

    6.    Chris Reynolds (by deposition).

Defendant's witnesses:

- 25 -

1.   Tom Coverstone;

2.   Hoyt Fleming;

3.   Teresa Fleming (by deposition);

4.   Jim Boyd (by deposition);

5.   Michael Dowler (by deposition).

## IX.

The following issues of law, and no others, remain to be litigated upon the trial:

Issues of Law:

1.   Whether the e-mail exchanged between Hoyt Fleming and Tom Coverstone on January 22, 2008, and the surrounding circumstances constitute (a) an option agreement, or (b) a binding agreement to purchase/sell. (Plaintiff objects to this issue.  Plaintiff is suing Defendant for the breach of a written contract.  The characterization of "e-mails exchanged and the surrounding circumstances" is irrelevant.)

2.   Whether the phrase "agreed to purchase" as used in the January 22, 2008 written contact means "agreed to buy, *i.e.,* agreed to acquire by the payment of money" or "agreed to an option to purchase subject to due diligence and potentially go forward with the purchase"?. (Defendant is taking no position on the meaning of this phrase, but Plaintiff believes it is in dispute as between these two.)

3.   If Hoyt Fleming and Tom Coverstone entered into a binding agreement on January 22, 2008, what are the terms of the agreement? (Plaintiff objects to this issue.  Plaintiff is suing Defendant for the breach of a written contract.  The terms of the written contract are self-evident from the face of the written contract.  While the meaning of the terms may be in dispute, the terms of the written contract that Plaintiff is suing cannot be reasonably in dispute.)

4.   If Hoyt Fleming and Tom Coverstone entered into a binding agreement on January 22, 2008, is that agreement enforceable? (Plaintiff objects to this issue, subject to motion in limine)

5.   If Hoyt Fleming and Tom Coverstone entered into a binding agreement on January 22, 2008, was Tom Coverstone's performance excused? (Plaintiff objects to this issue, subject to motion in limine)

6.   Was Hoyt Fleming's plan to assign a 10% interest to Vineyard Boise an illegal attempt to avoid paying taxes on the full $1,000,000 purchase price? (Plaintiff objects to this issue, subject to motion in limine)

7.   If Hoyt Fleming could not transfer his 100% interest to Tom Coverstone after he transferred 10% of that interest to Vineyard Boise, was there an enforceable contract? (Plaintiff objects to this issue.)

- 26 -

8.    Was the Vineyard Boise church's assent to assign 10% of Hoyt Fleming's patent portfolio at closing necessary for there to have been the requisite mutuality to form a contract? (Plaintiff objects to this issue, subject to motion in limine)

9.    Was Teresa Fleming's assent to sign assignment documents at closing necessary for there to have been the requisite mutuality to form a contract? (Plaintiff objects to this issue, subject to motion in limine)

10.    Whether the proper measure of Hoyt Fleming's damages is: (1) the difference between the price that Tom Coverstone agreed to pay Hoyt Fleming and the fair market value of Hoyt Fleming's patent portfolio as of the date of performance, February 15, 2008, (Cal. Civ. Code § 3353); (2) the difference between the price that Tom Coverstone agreed to pay Hoyt Fleming and the fair market value of Hoyt Fleming's patent portfolio at any time from February 15, 2008 to time of trial; (3) the price that Tom Coverstone agreed to pay Hoyt Fleming due to a "special circumstance" alleged by Hoyt Fleming (Cal. Civ. Code § 3302); or (4) the difference between the price that Tom Coverstone agreed to pay Hoyt Fleming and the fair market value of Hoyt Fleming's patent portfolio at the time of trial.

11.    Whether Hoyt Fleming can enforce the contract if the patent portfolio is found to be either invalid or unenforceable? (Plaintiff objects to this issue, subject to motion in limine)

## X.

The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues of fact and law remaining to be litigated, this order shall supplement the pleadings and govern the course of the trial of this cause, unless modified to prevent manifest injustice.

This case shall be tried by jury.

The trial of this case shall not be bifurcated.

Each side shall have 12 hours to present its case.

DATED: 3/8/2011

William Q. Hayes
United States District Judge

PRETRIAL ORDER

3:08 CV 355 WQH-NLS

44015.0001.2157472.1

1

APPROVED AS TO FORM AND CONTENT:

2

_____/Steven F. Schossberger/_____
Attorney for Plaintiff

3

_____/Gregor A. Hensrude/_____
Attorney for Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 28 -

28

PRETRIAL ORDER

44015.0001.2157472.1