FILED
MAR 22 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING,<br><br>       Plaintiff,<br><br>vs.<br><br>TOM COVERSTONE,<br><br>       Defendant. | CASE NO. 08cv355 WQH (NLS)<br><br>**VERDICT** |

We, the jury in the above-entitled action, unanimously find as follows:

**Question 1:** Do you find that Plaintiff Hoyt A. Fleming and Defendant Tom Coverstone entered into a contract to purchase Plaintiff's patents and patent applications?

  Answer:  Yes _____  No _X_

If your answer to question 1 is yes, then answer question 2. If your answer is no, do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff.

**Question 2:** Do you find that no contract to purchase Plaintiff's patents and patent applications was created because both parties were mistaken that a specific Uniden patent application had been rejected because of claims made in Plaintiff Hoyt A. Fleming's patent portfolio?

  Answer:  Yes _____  No _____

If your answer to question 2 is yes, do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff. If your answer is no, then answer question 3.

**Question 3:** Do you find that no contract to purchase Plaintiff's patents and patent applications was created because Defendant Tom Coverstone's consent was obtained by fraud?

Answer:     Yes _____     No_____

If your answer to question 3 is yes, do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff. If your answer is no, then answer question 4.

**Question 4:** Do you find that Plaintiff Hoyt A. Fleming did all, or substantially all, of the significant things that the contract required him to do or that he was excused from doing those things?

Answer:     Yes _____     No_____

If your answer to question 4 is yes, then answer question 5. If your answer is no, do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff.

**Question 5:** Do you find that Defendant Tom Coverstone failed to do something that the contract required him to do?

Answer:     Yes _____     No_____

If your answer to question 5 is yes, then answer question 6. If your answer is no do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff.

**Question 6:** Do you find that Plaintiff Hoyt A. Fleming was harmed by Defendant Tom Coverstone's failure?

Answer:     Yes _____     No_____

If your answer to question 6 is yes, then answer question 7. If your answer is no, do not answer any further questions, have the presiding juror sign and date this form, and signal the bailiff.

**Question 7:** What are Plaintiff Hoyt A. Fleming's damages?

$_____

Please have the presiding juror sign and date this form and signal the bailiff.

Dated: 3/22/2011                    _____
                                              Presiding Juror