FILED

11 MAR 29 AM 11: 32

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT A. FLEMING, | Case No.    3:08-cv-00355 WQH-NLS |
| Plaintiff, | Hon. William Q. Hayes |
| v. | **FINAL JUDGMENT** |
| TOM COVERSTONE, | |
| Defendant. | |

HAYES, Judge:

    This matter came on for jury trial before the Honorable William Q. Hayes. On March 22, 2011, a jury of eight (8) persons, having heard and considered the testimony and evidence, rendered a verdict in favor of Defendant Tom Coverstone against Plaintiff Hoyt A. Fleming. Based thereon,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered for Defendant Tom Coverstone against Plaintiff Hoyt A. Fleming, on Plaintiff Hoyt A. Fleming's complaint.

DATED: March 29, 2011

                                            WILLIAM Q. HAYES
                                            United States District Judge