*Fleming v. Coverstone*
Case No. 3:08-cv-00355 WQH-NLS

ITEMIZATION OF COSTS

| FEES FOR PRINTED/ELECTRONICALLY RECORDED TRANSCRIPTS | | |
|---|---|---|
| DEPOSITION/COURT HEARING | ORIGINAL/CERTIFIED/VIDEO | COST |
| Jim Boyd | Original and Certified Copy | $456.75 |
| Tom Coverstone | Certified | $1,190.40 |
| Tom Coverstone | Video | $480.00 |
| Michael Dowler | Original and Certified Copy | $2,069.85 |
| Michael Dowler | Video | $1,645.00 |
| Hoyt Fleming, Vol. 1 | Original and Certified Copy | $3,700.10 |
| Hoyt Fleming, Vol. 1 | Video | $1,482.75 |
| Hoyt Fleming, Vol. 2 | Original and Certified Copy | $2,010.30 |
| Hoyt Fleming, Vol. 2 | Video | $1,066.50 |
| Teresa Fleming | Original and Certified Copy | $898.95 |
| Teresa Fleming | Video | $513.81 |
| Andy Hendley | Original and Certified Copy | $139.00 |
| Chris Reynolds | Copy | $81.50 |
| | **GRAND TOTAL** | **$15,734.91** |

| FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS FOR USE IN THE CASE | |
|---|---|
| Trial Chart Blow Up | $545.75 |
| Trial Timeline Blow Up | $960.00 |
| Trial Exhibits | $402.83 |
| **TOTAL COSTS** | **$1,908.58** |

| OTHER COSTS | |
|---|---|
| Michael Dowler, Houston Tx - Witness Fee at Deposition | $55.00 |
| Michael Dowler, Houston Tx - Service of Process | $175.00 |
| **TOTAL COSTS** | **$230.00** |

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

| | |
|---|---|
| **Bill To:** Daniel S. Agle, Esq.<br>Klinedinst PC<br>501 West Broadway<br>Suite 600<br>San Diego, CA 92101 | **Invoice #:** SD51712<br>**Invoice Date:** 01/26/2010<br>**Balance Due:** $595.75 |

| | |
|---|---|
| **Case:** Fleming, Hoyt v. Coverstone, Tom<br>**Job #:** 45189 \| Job Date: 12/07/2009 \| Delivery: Normal<br>**Billing Atty:** Daniel S. Agle, Esq.<br>**Location:** Moffatt Thomas Barrett<br>101 South Capitol Blvd. \| Suite 100 \| Boise, ID 83702<br>**Sched Atty:** Daniel S. Agle, Esq. | **Reference #** 2986-1002 |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Andy Hendley | Original & 1 Certified Transcript | $139.00 |
| 2 | Jim Boyd | Original & 1 Certified Transcript | $456.75 |

Notes:

| | | |
|---|---|---|
| | | **Invoice Total:** $595.75<br>**Payment:**<br>**Credit:**<br>**Interest:** $0.00<br>**Balance Due:** $595.75 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Vendor # 2234
GL # 2/4/2010
Batch # 16347
Date:
☐ Copy

RECEIVED
FEB 04 2010
BY:_____

---

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD51712
**Job #:** 45189
**Invoice Date:** 01/26/2010
**Balance:** $595.75

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

Vendor # 22326
GL #
Batch # 11/12/09
Date: 16038
☐ Copy

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Gregor Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Invoice #: SD45908
Invoice Date: 10/19/2009
Balance Due: $ 1,190.40

Case: Fleming v. Coverstone
Job #: 41367 | Job Date: 10/01/2009 | Delivery: Normal

Location: Klinedist PC
501 West Broadway | Suite 600 | San Diego, CA 92101

Reference #

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Tom Coverstone | Certified Transcript | $1,190.40 |

Notes:

Invoice Total: $1,190.40
Payment:
Credit:
Interest: $0.00

Fed. Tax ID: 20-3132569    Term: Net 30    Balance Due: $1,190.40

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

RECEIVED
NOV 0 4 2009
BY:

Please tear off stub and return with payment.

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD45908
Job #: 41367
Invoice Date: 10/19/2009
Balance: $1,190.40

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

**Bill To:** Greg Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

**Invoice #:** SD74276
**Invoice Date:** 12/07/2010
**Balance Due:** $ 480.00

**Case:** Fleming v. Coverstone
**Job #:** 41367 | **Job Date:** 10/01/2009 | **Delivery:** Normal
**Location:** Klinedist PC
501 West Broadway | Suite 600 | San Diego, CA 92101

**Reference #**
2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Tom Coverstone | Video - transcript synchronization | $480.00 |

**Notes:**

RECEIVED DEC 14 2010

Fed. Tax ID: 20-3132569   Term: Net 30

**Invoice Total:** $480.00
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $480.00

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

Vendor # 002236
GL # 5800-600
Batch # 17384
Date: 12/21/10
☐ Copy

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD74276
**Job #:** 41367
**Invoice Date:** 12/07/2010
**Balance:** $480.00

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Gregor Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Invoice #: SD52558
Invoice Date: 01/27/2010
Balance Due: $ 2,069.85

Case: Fleming, Hoyt A. v. Coverstone, Tom
Job #: 46819 | Job Date: 01/04/2010 | Delivery: Normal
Billing Atty: **Gregor Hensrude, Esq.**
Location: Porter & Hedges
1000 Main Street, 38th Floor | Houston, TX 77002
Sched Atty: Gregor Hensrude, Esq. | Klinedinst PC

Reference # 2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Michael Dowler | Original & 1 Certified Transcript | $2,069.85 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $2,069.85 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $2,069.85 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Vendor # 2234
GL # 2/2/2010
Batch # 16382
Date:
☐ Copy

Please tear off stub and return with payment.


RECEIVED FEB - 1 2010

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD52558
Job #: 46819
Invoice Date: 01/27/2010
Balance: $2,069.85

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

2986-1002

# INVOICE

**Veritext San Diego Reporting Co.**
A Veritext Company
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Gregor Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Invoice #: SD52562
Invoice Date: 01/27/2010
Balance Due: $ 1,645.00

Case: Fleming, Hoyt A. v. Coverstone, Tom
Job #: 46819  |  Job Date: 01/04/2010  |  Delivery: Normal
Billing Atty: **Gregor Hensrude, Esq.**
Location: Porter & Hedges
1000 Main Street, 38th Floor | Houston, TX 77002
Sched Atty: Gregor Hensrude, Esq. | Klinedinst PC

Reference # 2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Michael Dowler | Video Services | $1,645.00 |
|  | Notes: |  | Invoice Total: $1,645.00 |
|  |  |  | Payment: |
|  |  |  | Credit: |
|  |  |  | Interest: $0.00 |
|  | Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $1,645.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.



Vendor # 22356
GL #
Batch # 2/2/2010
Date: 16382
☐ Copy

*Please tear off stub and return with payment.*



RECEIVED FEB - 1 2010

Make check payable to: Veritext
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD52562
Job #: 46819
Invoice Date: 01/27/2010
Balance: $1,645.00

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

Vendor # 2236
GL #
Batch # 8/24/09
Date:
☐ Copy  15715

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

| Bill To: | Gregor Hensrude, Esq.<br>Klinedinst PC<br>501 West Broadway<br>Suite 600<br>San Diego, CA 92101 | Invoice #: | SD35508 |
|---|---|---|---|
| | | Invoice Date: | 05/15/2009 |
| | | Balance Due: | $3,811.10 |

| Case: | Fleming v. Coverstone | Reference # | 2986-1002 |
|---|---|---|---|
| Job #: | 33943 | Job Date: 05/08/2009 | Delivery: Daily | | |
| Billing Atty: | Gregor Hensrude, Esq. | | |
| Location: | Klinedinst PC<br>501 West Broadway | Suite 600 | San Diego, CA 92101 | | |
| Sched Atty: | Gregor Hensrude, Esq. | Klinedinst PC | | |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Hoyt A. Fleming | Original & 1 Certified Transcript | | $3,700.10 |
| | Notes: | | Invoice Total:<br>Payment:<br>Credit:<br>Interest: | $3,700.10<br><br><br>$111.00 |
| | Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $3,811.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 102 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

| Make check payable to: | Veritext | | Invoice #: | SD35508 |
|---|---|---|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | | Job #: | 33943 |
| | | | Invoice Date: | 05/15/2009 |
| | | | Balance: | $3,811.10 |

Credit Card #                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

2986-1002 GAH

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Greg Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Vendor # 2234
GL # 4/20/09
Batch # 50

☑ Copy

**Invoice #:** SD36721
**Invoice Date:** 05/30/2009
**Balance Due:** $ 1,482.75

**Case:** Fleming v. Coverstone
**Job #:** 33943 | **Job Date:** 05/08/2009 | **Delivery:** Daily
**Billing Atty:** Greg Hensrude, Esq.
**Location:** Klinedinst PC
501 West Broadway | Suite 600 | San Diego, CA 92101
**Sched Atty:** Gregor Hensrude, Esq. | Klinedinst PC

**Reference #** 2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Hoyt A. Fleming | Video Services | $1,482.75 |

**Notes:**

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

**Invoice Total:** $1,482.75
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $1,482.75

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

6H X


RECEIVED
JUN 0 5 2009
BY:

Please tear off stub and return with payment.

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #   Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD36721
**Job #:** 33943
**Invoice Date:** 05/30/2009
**Balance:** $1,482.75

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

Vendor # [handwritten]
GL # [handwritten] 1/6/10
Batch # [handwritten]
Date: [handwritten] 16276
☐ Copy

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Gregor Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Invoice #: SD50381
Invoice Date: 12/24/2009
Balance Due: $ 2,010.30

Case: Fleming, Hoyt v. Coverstone, Tom
Job #: 45984  | Job Date: 12/17/2009 | Delivery: Expedited
Billing Atty: Gregor Hensrude, Esq.
Location: Klinedinst PC
501 West Broadway | Suite 600 | San Diego, CA 92101
Sched Atty: Gregor Hensrude, Esq. | Klinedinst PC

Reference # 2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Hoyt A. Fleming | Original & 1 Certified Transcript | $2,010.30 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $2,010.30 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $2,010.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.


RECEIVED JAN 0 5 2010 BY:

*Please tear off stub and return with payment.*

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD50381
Job #: 45984
Invoice Date: 12/24/2009
Balance: $2,010.30

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

Vendor # [handwritten] 
GL # [handwritten] 1/6/10
Batch # [handwritten] 16276
Date:
☐ Copy

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Gregor Hensrude, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

Invoice #: SD50529
Invoice Date: 12/28/2009
Balance Due: $ 1,066.50

Case: Fleming, Hoyt v. Coverstone, Tom
Job #: 45984  |  Job Date: 12/17/2009  |  Delivery: Expedited
Billing Atty: Gregor Hensrude, Esq.
Location: Klinedinst PC
501 West Broadway | Suite 600 | San Diego, CA 92101
Sched Atty: Gregor Hensrude, Esq. | Klinedinst PC

Reference # 2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Hoyt A. Fleming | Video Services | $1,066.50 |

Notes:

Invoice Total: $1,066.50
Payment:
Credit:
Interest: $0.00
Balance Due: $1,066.50

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds, will be made after 90 days.


RECEIVED JAN 6 2010 BY:

*Please tear off stub and return with payment.*

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD50529
Job #: 45984
Invoice Date: 12/28/2009
Balance: $1,066.50

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

2986-1002

# INVOICE

Vendor # 22230
GL #
Batch # 10/15/09
Date: 15887
☐ Copy

Bill To: Daniel S. Agle, Esq.
Klinedinst PC
501 West Broadway
Suite 600
San Diego, CA 92101

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 1910
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

| | |
|---|---|
| Invoice #: | SD44440 |
| Invoice Date: | 09/30/2009 |
| Balance Due: | $ 898.95 |

| | |
|---|---|
| Case: | Fleming, Hoyt v. Coverstone, Tom |
| Job #: | 38115 \| Job Date: 08/13/2009 \| Delivery: Normal |
| Billing Atty: | Daniel S. Agle, Esq. |
| Location: | Hawley, Troxell Ennis & Hawley |
| | 877 Main Street, Suite 1000 \| Boise, ID 83701 |
| Sched Atty: | Gregor Hensrude, Esq. \| Klinedinst PC |

Reference #  2986-1002

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Teresa Fleming | Original & 1 Certified Transcript | $898.95 |

| | |
|---|---|
| Invoice Total: | $898.95 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $898.95 |

Fed. Tax ID: 20-3132569   Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

*Please tear off stub and return with payment.*

Make check payable to:  Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD44440
Job #: 38115
Invoice Date: 09/30/2009
Balance: $898.95

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

2986-1002

# John Glenn Hall Company
Litigation Technology

PO Box 2683
Boise  ID  83701-2683

(208) 345-4120 voice • (208) 345-5629 fax • www.jghco.com
Federal Tax ID: 92-6007976 • Form W-9 at www.jghco.com/formW9.pdf

**00014935**

Invoice

8/13/09

**Daniel S Agle**
**Klinedinst PC**
**501 W Broadway, Suite 600**
**San Diego, CA 92102-3584**

Vendor # 01 6769
GL # 9/23/09
Batch #
Date: 1581 7
☑ Copy

Customer Fax
619-238-8707

**Description** | Taxable

1.00 First hour video deposition of Teresa Fleming (08/13/09) | $175.00
2.15 Additonal hours video depositon of Teresa Fleming | $161.25
MPEG 1 Copy of Fleming deposition for syncing delivered to Tucker Court Reporting | $161.67

*DA*

Thank you for letting me serve you!

For customers outside of Idaho this document may arrive by US Mail and by fax. Please report errrors and omis ions right away. Thanks.

**Sale; Agle, Daniel S; Case: Fleming vs Coverstone; Witness:**
**Teresa Fleming; Videograher: John G Hall.tr**

Invoice
00014935

| | | |
|---|---|---|
| Ship Via: | FedEx 2ndDay COD | Freight: $15.89 |
| Your Order #: | Fleming | Sales Tax: $0.00 |
| | | Total Amount: $513.81 |
| | | Amount Applied: $0.00 |

My shipping address: 1017 N 23rd St • Boise ID 83702

**Balance Due. Please Pay This Amount >** | **$513.81**

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

| Bill To: | Daniel S. Agle, Esq.<br>Klinedinst PC<br>501 West Broadway<br>Suite 600<br>San Diego, CA 92101 | Invoice #: | SD51712 |
|---|---|---|---|
| | | Invoice Date: | 01/26/2010 |
| | | Balance Due: | $595.75 |

| Case: | Fleming, Hoyt v. Coverstone, Tom | Reference # | 2986-1002 |
|---|---|---|---|
| Job #: | 45189 | Job Date: 12/07/2009 | Delivery: Normal | | |
| Billing Atty: | Daniel S. Agle, Esq. | | |
| Location: | Moffatt Thomas Barrett<br>101 South Capitol Blvd. | Suite 100 | Boise, ID 83702 | | |
| Sched Atty: | Daniel S. Agle, Esq. | | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Andy Hendley | Original & 1 Certified Transcript | $139.00 |
| 2 | Jim Boyd | Original & 1 Certified Transcript | $456.75 |

Notes:

| | | Invoice Total: | $595.75 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Interest: | $0.00 |
| | | Balance Due: | $595.75 |

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Vendor # 2236
GL #
Batch # 2/4/2010
Date: 16357
☐ Copy

RECEIVED
FEB 4 2010
BY:_____

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| Invoice #: | SD51712 |
|---|---|
| Job #: | 45189 |
| Invoice Date: | 01/26/2010 |
| Balance: | $595.75 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

2986-1002

# INVOICE



The best partner a law firm could have.

www.hglitigation.com
1-888-656-DEPO (3376)

Anita Kranzberg
Klinedinst PC
501 West Broadway, 6th Floor
San Diego, CA 92101

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 316554 | 5/7/2010 | 117170 |
| Job Date | Case No. | |
| 12/18/2009 | 03:08 CV 355WQH-NLS | |
| Case Name | | |
| Hoyt A. Fleming vs. Tom Coverstone | | |
| Payment Terms | | |
| DUE UPON RECEIPT | | |

REPOSITORY ACCESS FOR THE DEPOSITION OF:
 Chris Reynolds                                                                          81.50

                                                                    TOTAL DUE >>>     $81.50

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices. Thank you!

Vendor # 8604
GL # 6/1/2010
Batch # 16944
Date:
☐ Copy

RECEIVED
MAY 2 0 2010
BY

**Tax ID:** 75-2912774                                              Phone: 619-239-8131    Fax: 619-238-8707

*Please detach bottom portion and return with payment.*

Anita Kranzberg
Klinedinst PC
501 West Broadway, 6th Floor
San Diego, CA 92101

Job No.    : 117170           BU ID    : 2-HOU
Case No.   : 03:08 CV 355WQH-NLS
Case Name  : Hoyt A. Fleming vs. Tom Coverstone

Invoice No. : 316554          Invoice Date : 5/7/2010
**Total Due** : $ 81.50

Remit To: **Henjum Goucher Reporting Services LP**
          **2501 Oak Lawn Avenue**
          **Suite #600**
          **Dallas, TX 75219**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:


**ESQUIRE**
ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205



Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # ELS241678

| Invoice Date | 03/21/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 04/20/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

GREG HENSRUDE
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/21/2011 | FLEMING V. COVERSTONE | | | HAND DELIVERED |

| Description | | Price | Amount |
|---|---|---|---|
| COMPUTER DESIGN TIME (2 Units) | | $ 175.00 | $ 350.00 |
| TRIAL EXHIBIT COLOR - 36 x 48 | | $ 180.00 | $ 180.00 |
| 18968GA | | $ 0.00 | $ 0.00 |
| | | | $ 530.00 |
| | | Tax: | $ 15.75 |
| | | Paid: | $ 0.00 |
| | Amount Due On/Before 05/05/2011 | | $ 545.75 |
| | Amount Due After 05/05/2011 | | $ 600.33 |

Tax Number: 57-1160947

---

Please detach and return this bottom portion with your payment





| | Invoice #: | ELS241678 |
|---|---|---|
| | Payment Due: | 04/20/2011 |
| Amount Due On/Before 05/05/2011 | | $ 545.75 |
| Amount Due After 05/05/2011 | | $ 600.33 |

GREG HENSRUDE
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101

Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094 0000241678 03212011 4 000054575 1 04202011 05052011 4 000060033 50


**ESQUIRE**
ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

GREG HENSRUDE
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101



**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

## Invoice # ELS241889

| Invoice Date | 03/21/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 05/04/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/21/2011 | FLEMING V. COVERSTONE | | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| TRIAL EXHIBIT COLOR - 40 x 60 | $ 400.00 | $ 400.00 |
| COMPUTER DESIGN TIME (10.50 Units) | $ 175.00 | $ 1,837.50 |
| 18968GA | $ 0.00 | $ 0.00 |
| | | $ 2,237.50 |

| | |
|---|---|
| Tax: | $ 35.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/19/2011** | **$ 2,272.50** |
| Amount Due After 05/19/2011 | $ 2,499.75 |

Tax Number: 57-1160947

--------

Please detach and return this bottom portion with your payment





| | |
|---|---|
| Invoice #: | ELS241889 |
| Payment Due: | 05/04/2011 |
| **Amount Due On/Before 05/19/2011** | **$ 2,272.50** |
| Amount Due After 05/19/2011 | $ 2,499.75 |

GREG HENSRUDE
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094 0000241889 03212011 7 000227250 6 05042011 05192011 6 000249975 51



**ESQUIRE**
ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # ELS241409

| Invoice Date | 03/04/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 04/03/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

CAM PICANO
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/04/2011 | 2986-1002 | 12279 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| PAGES SCANNED - HEAVY LITIGATION (506 Units) | $ 0.19 | $ 96.14 |
| BURN - CD ROM - 2986-1002-TX | $ 25.00 | $ 25.00 |
| IMAGES PRINTED - WHOLE CD (2530 Units) | $ 0.08 | $ 202.40 |
| RECONSTRUCTION TAB PRINT/INSERT (695 Units) | $ 0.16 | $ 111.20 |
| 50285M | $ 0.00 | $ 0.00 |
| | | $ 434.74 |

|  |  |
|---|---|
| Tax: | $ 28.31 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/18/2011** | **$ 463.05** |
| Amount Due After 04/18/2011 | $ 509.36 |

Tax Number: 57-1160947

---

Please detach and return this bottom portion with your payment





VISA MasterCard DISCOVER AMEX

| | |
|---|---|
| Invoice #: | ELS241409 |
| Payment Due: | 04/03/2011 |
| **Amount Due On/Before 04/18/2011** | **$ 463.05** |
| Amount Due After 04/18/2011 | $ 509.36 |

CAM PICANO
KLINEDINST, PC - DT
SUITE 600, 501 WEST BROADWAY
SAN DIEGO, CA 92101

Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

094 00000241409 03042011 4 000004705 0 04032011 01

# Klinedinst PC

501 W. Broadway
Suite 600
San Diego, CA 92101

# SD CLIENT BILLING

Number: 5183
Date: March 09, 2011

**Bill To:**

Cam Picano
2986-1002

**Ship To:**

| PO Number | Terms | Customer # | Service Rep. |
|---|---|---|---|
|  |  | 2986-1002 | JJM |

| Description | Quantity/Hours | Price/Rate | Amount |
|---|---|---|---|
| Exhibit Tabs | 780.00 | 0.25 | 195.00 |

Total  $195.00

# INVOICE

CAL EXPRESS  
917 WEST GRAPE STREET  
SAN DIEGO, CA 92101  
(619) 685-1122

| INVOICE NUMBER | CUSTOMER NU... |
|---|---|
| 86499 | 1194 |
| INVOICE DATE | TOTAL AMOUNT |
| 11/27/09 | 3,854.22 |
| CURRENT | OVER 30 DA... |
| OVER 60 DAYS | OVER 90 DA... |

KLINEDINST, PC  
ATTN: ACCOUNTS PAYABLE  
501 WEST BROADWAY, SUITE 600  
SAN DIEGO, CA 92101

PAYMENT TERMS-NET 30 DAYS  
FOR BILLING QUESTIONS  
CALL (619) 685-1122  
FED. TAX ID # 33-0299194

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | |
|---|---|---|---|---|---|
| CAL EXPRESS | | | | | 917 WEST GRAPE STREET |
| | 1194 | 86499 | 11/27/09 | 3,854.22 | 15 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOT |
|---|---|---|---|---|---|
| 11/25/09 | 878922 | PSX | KLINEDINST, PC　　　　　MICHAEL DOWLER<br>501 WEST BROADWAY　　　1111 LOUISIANA STREET<br>DOWNTOWN　　CA 92101　HOUSTON　　TX 77002<br>Caller: ANITA　　　Time: 10:30<br>Signed: MICHAEL DOWLER　Time: 14:25<br>　　　　　　　　Your Ref: 2986-1002<br><br>　　Total Charges for Ref. - 2986-1002:　230.00 | Base Chg: 175.00<br>Payout: 51.00<br>Check Chg: 4.00 | 230 |

TOTAL ▶